Resolution of Board of directors
of
**KLD Energy Technologies, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mark Wabschall, CFO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mark Wabschall, CFO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mark Wabschall, CFO of this Corporation is authorized and directed to employ **Lynn Hamilton Butler**, attorney and the law firm of **Husch Blackwell LLP** to represent the corporation in such bankruptcy case.

Date 3-24-16 Signed CHRISTIAN OKONSKY

Date 3/24/2016 Signed RICHARD L. HUNTER

Date_____ Signed_____

Date_____ Signed_____

Date_____ Signed_____

Date_____ Signed_____

Resolution of Board of directors
of
KLD Energy Technologies, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mark Wabschall, CFO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mark Wabschall, CFO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mark Wabschall, CFO of this Corporation is authorized and directed to employ Lynn Hamilton Butler, attorney and the law firm of Husch Blackwell LLP to represent the corporation in such bankruptcy case.

Date 3-29-16  Signed _____

Date 3-29-16  Signed _____

Date _____ Signed _____

Date _____ Signed _____

Date _____ Signed _____

Date _____ Signed _____

Resolution of Board of directors
of
**KLD Energy Technologies, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mark Wabschall, CFO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mark Wabschall, CFO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mark Wabschall, CFO of this Corporation is authorized and directed to employ **Lynn Hamilton Butler**, attorney and the law firm of **Husch Blackwell LLP** to represent the corporation in such bankruptcy case.

Date 3/25/2016 Signed _[signature]_

Date_____ Signed_____

Date_____ Signed_____

Date_____ Signed_____

Date_____ Signed_____

Date_____ Signed_____

Resolution of Board of directors
of
**KLD Energy Technologies, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mark Wabschall, CFO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mark Wabschall, CFO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mark Wabschall, CFO of this Corporation is authorized and directed to employ **Lynn Hamilton Butler**, attorney and the law firm of **Husch Blackwell LLP** to represent the corporation in such bankruptcy case.

Date 3/25/16  Signed _Michael D. Winn_

Date _____ Signed _____

Date _____ Signed _____

Date _____ Signed _____

Date _____ Signed _____

Date _____ Signed _____