**Fill in this information to identify the case:**

Debtor name: **KLD Energy Technologies, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS - AUSTIN

Case number (if known): **16-10345-hcm**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................  $  **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................................  $  **54,745,498.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................................  $  **54,745,498.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $  **8,445,597.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $  **928,870.81**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$  **26,875,385.00**

4. **Total liabilities** ....................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                $  **36,249,852.81**