

**Motion moot as Amended Motion has been filed.**

**SO ORDERED.**

**SIGNED this 15th day of September, 2016.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **KLD ENERGY TECHNOLOGIES, INC.,** | § | **CASE NO. 16-10345-HCM** |
| | § | |
| **8910 Research Blvd., Bldg. B-1** | § | |
| **Austin, TX 78754** | § | **CHAPTER 11** |
| | § | |
| **Taxpayer Identification No.: 32033226500** | § | |
| | § | |
| **DEBTOR.** | § | |

## ORDER GRANTING
## DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR
## TO ENTER INTO L E FERGUSON AND KLD TECHNOLOGIES, INC. OPTION

On this day, the Court considered the Emergency Motion for Order Authorizing Debtor

to Enter into L E Ferguson and KLD Technologies, Inc. Option ("Motion") filed by KLD Energy

Technologies, Inc. (the "Debtor")

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

Venue of these cases and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and

AUS-6289121-1 527825/1

1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). The relief requested in this Motion is sought pursuant to 11 U.S.C. §§ 105, 327 and 328.

Upon review of the Motion, any responses, and argument of counsel, the Court finds that the proposed option agreement with L E Ferguson is within the Debtor's best business judgment and will further the reorganization of the Debtor's estate.

ACCORDINGLY, the Court GRANTS the Emergency Motion for Order Authorizing Debtor to Enter into L E Ferguson and KLD Technologies, Inc. Option as set forth in the Motion.

###



ORDER SUBMITTED BY:

Lynn H. Butler
State Bar No. 03527350
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone:  (512) 472-5456
Telecopy:    (512) 479-1101

**COUNSEL FOR DEBTOR**