# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 16–10345–hcm
Chapter No.: 11
Judge: H. Christopher Mott

IN RE: **KLD Energy Technologies, Inc.**,
Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  Austin Courtroom 2, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on  **10/21/16 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 223 Motion to Sell Property under Section 363(b) (21 Day Objection Language) filed by Lynn H. Butler for Debtor KLD Energy Technologies, Inc. (Attachments: # 1 Exhibit 1 # 2 Proposed Order)) Hearing Scheduled For 10/21/2016 at 10:00 AM at Austin Courtroom 2.....IF TIME ESTIMATE EXCEEDS 30 MINUTES, PLEASE EMAIL THE COURTROOM DEPUTY AT RONDA_FARRAR@TXWB.USCOURTS.GOV (Farrar, Ronda)

Dated: 10/4/16

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap20]

United States Bankruptcy Court
Western District of Texas

In re:  
KLD Energy Technologies, Inc.  
    Debtor

Case No. 16-10345-hcm  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: Farrarr     Page 1 of 2     Date Rcvd: Oct 04, 2016  
                            Form ID: 163     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
```
db            +KLD Energy Technologies, Inc.,    8910 Research Blvd,    Building B-1,    Austin, TX 78758-5943
16739615      +AMPM Enterprises (Alan Helene),    425 East 58th Street #28H,    New York, NY 10022-2379
16739649      +Benjamin J. Williams,    1300 Verdant Way,    Austin, TX 78746-6768
16740813      +Big Rock Investments LLC,    986 Clear Creek Drive,    Ashland, OR 97520-2184
16741017      +George W Evans Investments Ltd.,    2630 Bering Dr.,    Houston, TX 77057-5736
16741029     #+Gordon Feller,    2601 Espreranza Crossing, Apt # 1211,    Austin, TX 78758-2102
16741101      +Ira Jon Yates,    P.O. Box 5068,    San Angelo, TX 76902-5068
16741109      +Jack Wesley Wallis,    601 Snyder Hill Drive,    San Marcos, TX 78666-4916
16741111      +James Hay-Arthur,    4257 Main St; Ste 110,    Westminster, CO 80031-5116
16741113      +James R. Steele,    1363 FM 303,    Brownfield, TX 79316-7553
16741125      +Jim Pete Hale,    1365 Windstone Dr.,    Waco, TX 76712-8581
16741133      +John Findley,    27230 IBIS Cove Ct,    Bonita Springs, FL 34134-8751
16741218       Mary McDermott,    The Kirk, Dublin Road, Castlepollard, Co,    IRELAND
16741458      +Papa Doug Trust Dated January 11, 2010,    350 Camino de la Reina,    San Diego, CA 92108-3003
16741488      +Prime 3 Group, LLC (Richard Marten),    212B 74th Street,    Virginia Beach, VA 23451-1908
16741519      +Ravi Ganeshappa, MD,    10 Westerleigh,    San Antonio, TX 78218-1799
16741574      +Seade Family Revocable Trust,    4601 Dusik Ln,    Austin, TX 78746-7369
16741607      +Steele Enterprises,    PO Box 215,    Brownfield, TX 79316-0215
16741661      +Tim and Fran Orrok Trust,    501 S La Posada Cir Apt 262,    Green Valley, AZ 85614-5106
16741824      +Zachary D. Wassmuth,    9807 Tree Bend Cove,    Austin, TX 78750-3837
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16741482     ##+Playfair & Graham Holdings LLC,    1228 Havre Lafitte Dr,    Austin, TX 78746-6859
```
                                                                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:
```
              Ann Burke Brogan    on behalf of Creditor Carol  Barry abrogan@clrbfirm.com,
               ctuggle@clrbfirm.com;hgreer@clrbfirm.com;jstiff@clrbfirm.com
              B. Weldon Ponder, Jr.    on behalf of Interested Party    Limpinbear Family Partnership, Ltd.
               welpon@austin.rr.com, rmshep1@austin.rr.com;wponder3@austin.rr.com
              Cleveland R Burke    on behalf of Creditor Anthony  Masaryk Cleveland.Burke@wallerlaw.com,
               tammy.greenblum@wallerlaw.com
              David Lawrence Staab    on behalf of Creditor    GAP VII IND-A Walnut, LP
               david.staab@haynesboone.com
              Eric J. Taube    on behalf of Creditor Anthony  Masaryk eric.taube@wallerlaw.com,
               sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Jarom J Yates    on behalf of Creditor    Greenfield Partners, LLC jarom.yates@haynesboone.com,
               kim.morzak@haynesboone.com
              Jason Bradley Binford    on behalf of Creditor Ira John Yates jbinford@krcl.com,
               ecf@krcl.com;jbinford@ecf.courtdrive.com
```

```
District/off: 0542-1           User: Farrarr                Page 2 of 2                  Date Rcvd: Oct 04, 2016
                               Form ID: 163                 Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John C. Roy    on behalf of Interested Party   Texas Treasury Safekeeping Trust Company
               casey.roy@oag.state.tx.us
              Jonathan J Sandstrom Hill    on behalf of Creditor Paul D Agarwal
               jsandstromhill@capitalcommercial.com
              Kay D. Brock    on behalf of Creditor    Travis County bkecf@traviscountytx.gov,
               kay.brock@traviscountytx.gov
              Kell C. Mercer    on behalf of Creditor Jared  Slosberg kell.mercer@mercer-law-pc.com
              Kelli S. Norfleet    on behalf of Creditor    Naha Holdings kelli.norfleet@haynesboone.com
              Kelli S. Norfleet    on behalf of Creditor Kevin  Stolle kelli.norfleet@haynesboone.com
              Kendall D. Hamilton    on behalf of Creditor    Frost Bank hamiltonlaw@austin.rr.com
              Kerry L. Haliburton    on behalf of Creditor    Steele Enterprises haliburton@namanhowell.com,
               raquel@namanhowell.com;belinda@namanhowell.com;karen@namanhowell.com
              Kerry L. Haliburton    on behalf of Creditor    Jim Pete Hale haliburton@namanhowell.com,
               raquel@namanhowell.com;belinda@namanhowell.com;karen@namanhowell.com
              Kerry L. Haliburton    on behalf of Creditor    James R. Steele haliburton@namanhowell.com,
               raquel@namanhowell.com;belinda@namanhowell.com;karen@namanhowell.com
              Lynn H. Butler    on behalf of Debtor    KLD Energy Technologies, Inc.
               lynn.butler@huschblackwell.com,
               penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com
              Michael M. Parker    on behalf of Creditor    Green Ray Technologies, LLC
               michael.parker@nortonrosefulbright.com
              Peter C. Ruggero    on behalf of Creditor Dale  McPherson peter@ruggerolaw.com
              Peter C. Ruggero    on behalf of Creditor Ira John Yates peter@ruggerolaw.com
              Richard Dietrich Villa    on behalf of Creditor Paul  Nader, M.D. villa@slollp.com,
               prentice@slollp.com
              Sabrina L. Streusand    on behalf of Creditor Paul  Nader, M.D. streusand@slollp.com,
               prentice@slollp.com
              Sabrina L. Streusand    on behalf of Creditor    Dell Financial Services streusand@slollp.com,
               prentice@slollp.com
              United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 25
```