## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KLD ENERGY TECHNOLOGIES, INC., | § | CASE NO. 16-10345-HCM |
| | § | |
| 8910 Research Blvd., Bldg. B-1 | § | |
| Austin, TX 78754 | § | CHAPTER 11 |
| | § | |
| Taxpayer Identification No.: 32033226500 | § | |
| | § | |
| DEBTOR. | § | |

## MASTER SERVICE LIST
### (as of October 6, 2016)

**DEBTOR**
KLD Energy Technologies, Inc.
8910 Research Blvd., Bldg. B-1
Austin, Texas 78754

**DEBTOR'S COUNSEL**
Lynn H. Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone:  512-472-5456
Email:  lynn.butler@huschblackwell.com
Fax:  512-479-1101

**OFFICE OF U.S. TRUSTEE (via ECF)**
United States Trustee
903 San Jacinto Blvd., Suite 230
Austin, Texas 78701
Telephone:  512-916-5330
Email:  ustpregion07.au.ecf@usdoj.gov

### TOP 20 UNSECURED CREDITORS (via Email)

James R. Steele
1363 FM 303
Brownfield, Texas 79316
Email:  buzzsteele44@aol.com

Mary McDermott
The Kirk, Dublin Road,
Castlepollard, Co Westmeath
Ireland
Email:  marymcdermott1@hotmail.com

Ira Jon Yates
P.O. Box 5068
San Angelo, Texas 76902
Email: Ira@YatesConservation.com

AMPM Enterprises (Alan Helene)
425 East 58th Street #28H
New York, New York 10022
Email: ajhelene@gmail.com

Seade Family Revocable Trust
4601 Dusik Lane
Austin, Texas 78746
Email: eseade@orthoaustin.com

Jim Pete Hale
1365 Windstone Drive
Waco, Texas 76712
Email: jhaletx@mygrande.net

George W Evans Investments Ltd.
2630 Bering Drive
Houston, Texas 77057
Email: George@incags.com

Ravi Ganeshappa, MD
10 Westerleigh
San Antonio, Texas 78218
Email: raviganeshappa@gmail.com

Big Rock Investments LLC
986 Clear Creek Drive
Ashland, Oregon 97520
Email: bigrock@zintech.org

Papa Doug Trust Dated January 11, 2010
350 Camino de la Reina
San Diego, California 92108
Email:
papadoug@manchesterfinancialgroup.com

Benjamin J. Williams
1300 Verdant Way
Austin, Texas 78746
Email: benw@austin.rr.com

Zachary D. Wassmut
9807 Tree Bend Cove
Austin, Texas 78750
Email: zwassmuth@utexas.edu

Playfair & Graham Holdings LLC
1228 Havre Lafitte Drive
Austin, Texas 78746
Email: pplayfair@westlakemedical.com

Steele Enterprises
PO Box 215
Brownfield, Texas 79316
Email: buzzsteele44@aol.com

John Findley
27230 IBIS Cove Court
Bonita Springs, Florida 34134
Email: findleyj@me.com

Gordon Feller
2601 Esperanza Crossing, Apt # 1211
Austin, Texas 78758
Email: gordon.feller@yahoo.com

Jack Wesley Wallis
601 Snyder Hill Drive
San Marcos, Texas 78666
Email: jw_wallis@yahoo.com

Tim and Fran Orrok Trust
501 S La Posada Circle, Apt 262
Green Valley, Arizona 85614
Email: orrokcp@zintech.org

James Hay-Arthur
4257 Main Stret, Suite 110
Westminster, Colorado 80031
Email: jameshayarthur@gmail.com

Prime 3 Group,LLC
(Richard Marten)
212B 74th Street
Virginia Beach, Virginia 23451
Email: richard@prime3labs.com

## SECURED CREDITORS; DEBT HOLDERS, and SHAREHOLDERS

**Via Email**
See attached Email List (updated)

**Via U.S. First-Class Mail**

Dell Financial Services LLC
PO Box 5275
Carol Stream, Illinois 60197-5275

CIT Technology Fin Service, Inc.
21146 Network Place
Chicago, Illinois 60673-1211

People Fund
2921 East 17th Street, Bldg. D Ste. 1
Austin, Texas 78702

GAP VII IND-A WALNUT, LP.
PO Box 2402
Sherman, Texas 75091-2402

## PARTIES REQUESTING NOTICE (via ECF)

Jackson Brooks Wimberly
c/o Donald E. Hood
The Law Office of Donald E. Hood, PLLC
6440 North Central Expressway, Suite 204
Dallas, Texas 75206
Email:  don.hood@dehlaw.com

Jared Slosberg
c/o Kell C. Mercer
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, Texas 78702
Email:  kell.mercer@mercer-law-pc.com

Anthony  Massaryk
c/o Eric J. Taube
Cleveland R. Burke
Waller Lansden Dortch & Davis, LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Email:  eric.taube@wallerlaw.com
Email:  Cleveland.burke@wallerlaw.com

Carol A. Barry
c/o Ann B. Brogan
Crowley, Liberatore, Ryan & Brogan, P.C.
150 Boush Street
Norfolk, Virginia 23510
Email:  abrogan@clrbfirm.com

Nader Parties
c/o Sabrina L. Streusand
Richard D. Villa
Streusand, Landon & Ozburn, LLP
811 Barton Springs Road, Suite 811
Austin, Texas 78704
Email:  streusand@slollp.com
Email:  villa@slollp.com

Paul D. Agarwal
c/o Jonathan Sandstrom Hill
800 Brazos Street, Suite 600
Austin, Texas 78701
Email:  jsandstromhill@capitalcommercial.com

Texas Treasury Safekeeping Trust Company
c/o J. Casey Roy
Texas Attorney General's Office
Bankruptcy & Collections Division
PO Box 12548-MC 008
Austin, Texas 78711-2548
Email:  casey.roy@texasattorneygeneral.gov

Travis County
c/o Kay D. Brock
Assistant Travis County Attorney
PO Box 1748
Austin, Texas 78767
Email:  kay.brock@travisocuntytx.gov

Frost Bank
c/o Kendall D. Hamilton
Law Office of Ken Hamilton
900 RR 620 South, Suite C101 #164
Austin, Texas 78734
Email:  hamiltonlaw@austin.rr.com

Jim Pete Hale
c/o Kerry L. Haliburton
Naman, Howell, Smith & Lee, PLLC
PO Box 1470
Waco, Texas 76703-1470
Email:  haliburton@namanhowell.com

James R. Steele
c/o Kerry L. Haliburton
Naman, Howell, Smith & Lee, PLLC
PO Box 1470
Waco, Texas 76703-1470
Email:  haliburton@namanhowell.com

Steele Enterprises
c/o Kerry L. Haliburton
Naman, Howell, Smith & Lee, PLLC
PO Box 1470
Waco, Texas 76703-1470
Email:  haliburton@namanhowell.com

Limpinbear Family Partnership, Ltd.
c/o B. Weldon Ponder, Jr.
Attorney at Law
4408 Spicewood Springs Road
Austin, Texas 78759
Email:  welpon@austin.rr.com

Green Ray Technologies, LLC
c/o Michael M. Parker
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, Texas 78205
Email: Michael.parker@nortonrosefulbright.com

<u>KLD Shareholder and NoteHolder Email Distribution List</u>  - **UPDATED**

(includes Investor's wives, other family, financial advisors, attorneys, etc.)

'Oliver Sandlin'' <osandlin@vgcfirm.com>; 'Stacy Zoern <szoern@gmail.com>;
'Kissaroslaki' <Istvan.Kissaroslaki@kldenergy.com>; 'Brett Morris' <brett@momentumconsulting.com>;
'craig@momentumconsulting.com'; 'marthalynn@momentumconsulting.com';
'imran.akbar6@gmail.com'; 'glindenmuth@llbcompany.com'; 'dagarwal@capitalcommercial.com';
'Doug Bing' <dougb@blueribbonbuilders.com>; 'Valentine'' <svalentine@fwg.com>; 'stuart@tae.com';
'mjr@abetterworld.net'; 'jameshansenmd@gmail.com'; 'doclee@smfm.net'; 'alcairus@gmail.com';
'apruitt1@yahoo.com'; 'thghost@aol.com'; 'hthreats@msn.com'; 'atrinh@yahoo.com';
'anaruelas1@yahoo.com'; 'reachme33@gmail.com'; 'Angela.Caffey@morganstanleysmithbarney.com';
'anh.mather@intel.com'; 'pathofmindfulness@gmail.com'; 'Brad@greenblum.com';
'aduncantex@gmail.com'; 'kkunda9@aol.com'; 'thghost@aol.com'; 'benjaminfairfax@yahoo.com';
'benw@austin.rr.com'; 'bart.barrett@woodpartners.com'; 'bernardpenney@gmail.com';
'bthiel@aol.com'; 'bigrock@zintech.org'; 'bill@daylightpartners.com'; 'phil@showcaseofhomes.com';
'raf1313@aol.com'; 'bkazepis@yahoo.com'; 'gil@daylightpartners.com'; 'brtbendele@gmail.com';
'bretthattonatx@gmail.com'; 'brett@momentumconsulting.com'; 'brian.g.barth@gmail.com';
'pouncingfox@gmail.com'; 'brian.j.jordan@gmail.com'; 'brian.kemple@gmail.com'; 'Bruce.Butler@ets-
lindgren.com'; 'bmiddleton63@austin.rr.com'; 'balsup@sbcglobal.net'; 'bedwards@bte-energy.com';
'capneurosurg@sbcglobal.net'; 'pnader6927@aol.com'; 'pnader6927@aol.com';
'pmiller@capitalnephrology.com'; 'pmiller@capitalnephrology.com'; 'jimbo@matexas.com';
'hyancy@zydecodevelopment.com'; 'energyonecb@aol.com'; 'Julie Werner' <music@fredwerner.com>;
'Brad@greenblum.com'; 'pw9901@gmail.com'; 'glamanna@ecologix-solutions.com';
'glamanna@ecologix-solutions.com'; 'czeller@austin.rr.com'; 'smoores6@aol.com';
'wujigong@gmail.com'; 'cbkazepis@yahoo.com'; 'Stan@dotylaw.com'; 'charrison@skilesgroup.com';
'champton@austin.rr.com'; 'Roy.Baker@lodgeworks.com'; 'craigknight@forestargroup.com';
'craig.dubois@gmail.com'; 'craig@momentumconsulting.com'; 'jonyg1@gmail.com';
'dehling@orientalhealthsolutions.com'; 'danbrown1957@yahoo.com'; 'ddavidson77@yahoo.com';
'winn.dao@earthlink.net'; 'darlaperry@bellsouth.net'; 'dwabschall@groupMW.com';
'dave@DMTX.com'; ''dbarlow@dbautomation.com'; 'Ddodgin@gmail.com'; 'Dave.endler@gmail.com';
'davidherrman@yahoo.com'; 'ddavidhoerster@gmail.com'; 'burk0001@yahoo.com';
'dwmalone69@gmail.com'; 'johannapadelt@netscape.net'; 'david.m.welty@gmail.com';
'steve@daylightpartners.com'; 'rod@daylightpartners.com'; 'shenloong@aol.com';
'mbueker1@hotmail.com'; 'dcastenfelt@dcmedmail.com'; 'doncavin@att.net'; 'texbruin@gmail.com';
'drakeborer@gmail.com'; 'dwmeck@gmail.com'; 'earlthepearl108@hotmail.com';
'lorettayoung_us@yahoo.com'; 'eddy@eberlyaustin.com'; 'capneurosurg@sbcglobal.net';
'verlyncraigpayton43@gmail.com'; 'elinazart@me.com'; 'ellenj.myers@gmail.com';
'hyancy@zydecodevelopment.com'; 'pplayfair@westlakemedical.com'; 'brian.j.jordan@gmail.com';
'jw_wallis@yahoo.com'; 'erichrbrown@gmail.com'; ''e.m.erdmann@gmail.com'; 'nando79@gmail.com';
'ro@daylightpartners.com'; 'Julie Werner' (music@fredwerner.com)'; 'music@fredwerner.com';
'pekfbus@me.com'; 'griffthomasmd@gmail.com'; 'jgallinghouse@austin.rr.com'; 'NONA06@aol.com';

'GJRnaustin@aol.com'; 'griffthomasmd@gmail.com'; 'lherlin@gmail.com';
'georgepoteracki@gmail.com'; 'georgeparkerphd@gmail.com'; 'jwolf6312@yahoo.com';
'glindenmuth@llbcompany.com'; 'gordon.feller@yahoo.com'; 'gwbaylor83@gmail.com';
'gwestmoreland1@gmail.com'; 'gjohnston@oxfordcommercial.com';
'gjohnston@oxfordcommercial.com'; 'dwabschall@groupMW.com'; 'kwikkers@me.com';
'Brad@greenblum.com'; 'hyonchris@austin.rr.com'; 'larryamberg@gmail.com'; 'mills@systemsafe.com';
'Hal.Shults@usi.biz'; 'hhoneill@gmail.com'; 'whit@whithanks.com'; 'winn.dao@earthlink.net';
'hemant.vankawala@emerus.com'; 'jason@hpwestx.com'; 'dan@herdpartners.com';
'Tevis@hpwestx.com'; 'JT@hpwestx.com'; 'eccrumbley@bellsouth.net';
'akaplan@SusmanGodfrey.com'; 'rsafi@susmangodfrey.com'; 'tim.keith@hkcapllc.com';
'tim.keith@hkcapllc.com'; 'hyancy@zydecodevelopment.com'; 'AmundsonSA@hotmail.com';
'ha02@txstate.edu'; 'istonington@gmail.com'; 'imran.akbar6@gmail.com';
'Ira@YatesConservation.com'; 'Brad@greenblum.com'; 'kevin@ironsadvisory.com'; 'Nick Fox'
<nfox@dbcllp.com>; 'bur830@vvm.com'; 'jw_wallis@yahoo.com'; 'jmauldinmd@yahoo.com';
'cchaikin@texasbankandtrust.com'; 'jimbo@matexas.com'; 'jturnr73@cs.com';
'Jamesoschnell@gmail.com'; 'jimparfitt53@gmail.com'; 'james.moffett@crescentcrown.com';
'buzzsteele44@aol.com'; 'jtdoody1@gmail.com'; 'jhymer@sbcglobal.net'; 'Janice@bodydialogues.com';
'jared@slos.net'; 'jasmin.massengale@gmail.com'; 'jhelfand@kldenergy.com'; 'jmpaglia@live.fr';
'JBowden@hanoverco.com'; 'grecojeff@gmail.com'; 'jdwhitaker@austin.rr.com'; 'jsjobe@gmail.com';
'jmorgan@amf2.com'; 'John Constantine' <constantine.johna@gmail.com>; 'findleyj@me.com';
'jonyg1@gmail.com'; 'jlapaglia@aol.com'; 'jwsabo@mac.com'; 'traciebettin@saboconsolidated.com';
'karon.simpson7@gmail.com'; 'jcookson812@sbcglobal.net'; 'johnweaver50@gmail.com';
'jsparkkuli@yahoo.com.au'; 'jgabbay@outlook.com'; 'jmoran@natalliance.com';
'joseph_schneider@dell.com'; 'jubele@aol.com'; 'jubele@aol.com'; 'juliempratt@sbcglobal.net';
'kdkanaly@gmail.com'; 'kathryn.helfand@gmail.com'; 'ktadams@austin.rr.com'; 'pkellum@me.com';
'kellykoonce@icloud.com'; 'kfmk@me.com'; 'quimteclp@comcast.net'; 'khaugaard2@gmail.com';
'kirkypt@yahoo.com'; 'kyle.kolb@comcast.net'; 'Landon.Marino@morganstanleysmithbarney.com';
'lsandbach43@yahoo.com'; 'ls1234737@gmail.com'; 'burke@burkecompany.net';
'burke@burkecompany.net'; 'oconnor@HPItx.com'; 'scottlawson99@yahoo.com';
'leehalstead@gmail.com'; 'chalstead@gmail.com'; 'lpoole@tnp-llc.com'; 'Lbg@lbglaw.com';
'lccoons@austin.rr.com'; 'les@smartsem.com'; 'cfarmer@sagapetroleum.com'; 'smilyn47@yahoo.com';
'Livia Kohn' <liviakohn@gmail.com>; 'tommosc@gmail.com'; 'kilelori@gmail.com';
'lopezjoe2000@yahoo.com'; 'Nick Fox' <nfox@dbcllp.com>; 'magohar@hotmail.com';
'austexmarc@aol.com'; 'mbailin510@gmail.com'; 'mbailin510@gmail.com'; 'buffkin@mac.com';
'rcanby@aol.com'; 'mark@sozolife.com'; 'dntfncmein@msn.com'; 'mcusack@centurytel.net';
'mmccrimmon@austin.rr.com'; 'marshin51@gmail.com'; 'marthalynn@momentumconsulting.com';
'lantanaholdings@yahoo.com'; 'mbaunach@hotmail.com'; 'marylee.guthrie@gmail.com';
'marytlogullo@gmail.com'; 'mbriggs@fourhands.com'; 'mnader88@yahoo.com';
'maxhindenburg@msn.com'; 'hyancy@zydecodevelopment.com'; 'jfmcdermott@gmail.com';
'hyancy@zydecodevelopment.com'; 'melanie.little2@gmail.com'; 'malbrecht@sworthogroup.com';
'greenleeredraider95@gmail.com'; 'michaelmcphaul@msn.com'; 'mdavis@austin.rr.com';
'mdavis@austin.rr.com'; 'swacmrm@aol.com'; 'mhatch@reagan.com'; 'mike.klonne@gmail.com';

'mjr@abetterworld.net'; 'mdavis@austin.rr.com'; 'botswana_banana@yahoo.com'; 'mojera@aol.com';
'fbenton@amf2.com'; 'dwiles@hhdulaw.com'; 'mirabimd@aol.com'; 'marytlogullo@gmail.com';
'nforage@austin.rr.com'; 'nedsnydermd@gmail.com'; 'nftsourmas@gmail.com';
'bthomas@vitalpet.com'; 'pdavis127@gmail.com'; 'pamcookson@hotmail.com'; 'pkellum@me.com';
'pphilbin1@mac.com'; 'patrickp@parkersolutionsgroup.com'; 'carol@nobleinnovations.com';
'patrickbmw@aol.com'; 'dagarwal@capitalcommercial.com'; 'paul@callpaul.com';
'Pedram.Amini@gmail.com'; 'tony@tonyjeter.com'; 'bobbyarnold25@yahoo.com';
'larryamberg@gmail.com'; 'sailor25@yahoo.com'; 'philbraun1@gmail.com'; 'DTG24@hotmail.com';
'PPlayfair@westlakemedical.com'; 'bobbwf@aol.com'; 'mquigley@atlantic-health.com';
'dollbock@comcast.net'; 'rajenergy@sbcglobal.net'; 'randy@mamafus.com'; 'rasredwine@gmail.com';
'rasredwine6@gmail.com'; 'ray@greenraytech.org'; 'rengelhardt@mation.com';
'Bruce.Butler@etslindgren.com'; 'remebutler@aol.com'; 'rickgridley@gmail.com';
'rbeck167@austin.rr.com'; 'richard@greenlight-es.com'; 'rcoonsmd@austin.rr.com';
'dick@daylightpartners.com'; 'rlhunter58@yahoo.com'; 'jamaxric@roadrunner.com';
'rfitts@designcollaborative.cc'; 'richardskidmore@mac.com'; 'rickwalla42@yahoo.com';
'CaplanR@yahoo.com'; 'agnich' <tracy.agnich@gmail.com>; 'rking@goodcompanyassociates.com';
'rajenergy@sbcglobal.net'; 'terry@daylightpartners.com'; 'robinwinnma@gmail.com';
'rocky@daylightpartners.com'; 'rodoard@gmail.com'; 'drohit@gmail.com';
'ross.engledow@avanade.com'; 'rribelin44@gmail.com'; 'wrogersdo@gmail.com';
'is@irvinsahnimd.com'; 'sabhirud@gmail.com'; 'sristenpart@yahoo.com'; 'scott@daylightpartners.com';
'scotthelbing@sbcglobal.net'; 'inkseade@yahoo.com'; 'eseade@orthoaustin.com';
'eseade@orthoaustin.com'; 'blickteig@gmail.com'; 'atrialfibrillation@gmail.com';
'shan9730@gmail.com'; 'sceneworks@aol.com'; 'sid.miller@paladinpolicygroup.com';
'repsidmiller@gmail.com'; 'speroconstantine@hotmail.com'; 'ddavidson77@yahoo.com';
'sferguson@westlakesoccer.com'; 'steve@mamafus.com'; 'reesing08@gmail.com';
'svaughan@mation.com'; 'sgarner@stronglaw.com'; 'sjturro@yahoo.com'; 'sjturro@yahoo.com';
'stevenwinn52@yahoo.com'; 'steve.loranger@pendovis.com'; 'khajjar@hspwlegal.com';
'susanchristmas@gmail.com'; 'susan@daylightpartners.com'; 'rjosey@orthoaustin.com';
'dtaylor@taylordunham.com'; 'DDunham@taylordunham.com'; 'eseade@orthoaustin.com';
'philforte@verizon.net'; 'rjosey@orthoaustin.com'; 'larryamberg@gmail.com'; 'bbrav63@yahoo.com';
'greenwoodnelson@gmail.com'; ''Julie Werner' (music@fredwerner.com)'; 'music@fredwerner.com';
'Tom Cooper' <tbcooperjr@aol.com>; 'tjsmith1313@gmail.com'; 'thelfand@winstead.com';
'1lhanc@windstream.net'; 'treardon@reinhartlaw.com'; 'contradennis@gmail.com'; 'jjoodee@aol.com';
'mistypearl108@gmail.com'; 'td.adams@comcast.net'; 'castoldi@centurytel.net'; 'tdstrand@gmail.com';
'tlvanvec@gmail.com'; 'nftsourmas@gmail.com'; 'vinoopdo@gmail.com'; 'pnader6927@aol.com';
'wallisnader@gmail.com'; 'wjnextlevel@yahoo.com'; 'wchackler@gmail.com';
'wayman@blkbeardevelopment.com'; 'wbredpath@gmail.com'; 'Bill.Coffey@Morganstanley.com';
'dwiles@hhdulaw.com'; 'bwiese@dbcllp.com'; 'william.f.fox@gmail.com'; 'jeff@ranchesandrivers.com';
'will@denpg.com'; 'pmiller@capitalnephrology.com'; 'Chad Krisel' <ckrisel@gmail.com>;
'papadoug@manchesterfinancialgroup.com'; 'Davis Cable' <Davis@pulliamcable.com>;
'kevin.stolle@quimteclp.com'; 'George Evans' <George@incags.com>; 'goddess9@ymail.com';
'John McPhaul' <mcphaul34@yahoo.com>; 'marymcdermott1@hotmail.com'; 'DTG24@hotmail.com';

'kwikkers@me.com'; 'rbagnich1@yahoo.com'; 'bhogan@contistreetpartners.com';
'hgagneja@yahoo.com'; 'jw_wallis@yahoo.com'; 'jw_wallis@yahoo.com'; 'sabbate@sbcglobal.net';
'panesar2k@gmail.com'; 'pozman1@yahoo.com'; 'apruitt1@yahoo.com'; 'mattsellsaustin@gmail.com';
'bbrav63@yahoo.com'; 'jhaletx@mygrande.net'; '1lhanc@windstream.net';
'karentindall1980@gmail.com'; 'Lutzmike59@yahoo.com'; 'kwikkers@me.com'; 'Kerry@bowjazz.com';
'raviganeshappa@gmail.com'; 'ps@photodex.com'; 'rfitts@designcollaborative.cc';
'Nigel.Upton@syzswissadvisors.com'; 'Alan.Grilliette@transwestern.net'; 'Mary Grilliette'
<marysellsanantonio@gmail.com>; 'gmsuther@swbell.net'; 'TAdams@common-resources.com';
'bthiel@aol.com'; 'drotistgordon@hotmail.com'; 'greenwoodnelson@gmail.com';
'mattsellsaustin@gmail.com'; 'vinoopdo@gmail.com'; 'botswana_banana@yahoo.com';
'buzzsteele44@aol.com'; 'buzzsteele44@aol.com'; 'NONA06@aol.com'; 'alexgagarin@gmail.com';
'dpgagarin@gmail.com'; 'sjturro@yahoo.com'; 'drakeborer@gmail.com'; 'ddcarter@carterdesign.net';
'gagarin@austin.utexas.edu'; 'kfmk@me.com'; 'mdavis@austin.rr.com'; 'zwassmuth@utexas.edu';
'jason@hpwestx.com'; 'georgeparkerphd@gmail.com'; 'george@incags.com'; 'liviakohn@gmail.com)';
'liviakohn@gmail.com'; 'tommosc@gmail.com'; 'mike.klonne@gmail.com'; 'maxhindenburg@msn.com';
'rbagnich1@yahoo.com'; 'joelhoracio@yahoo.com'; 'dwmalone69@gmail.com'; 'mjlouis@mmm.com';
sdana5591@gmail.com; 'haventibb@gmail.com'; 'pbconst@austin.rr.com'; 'rcanby@aol.com';
'kmcmahon@lubbockcpa.com'; 'ls1234737@gmail.com'; 'medacct@earthlink.net';
'ray.shelton@gmail.com'; 'becky@pureautoparts.com'; 'ps@photodex.com';
'kho.irani@exxonmobil.com'; 'pplayfair@yahoo.com'; 'steve.loranger@pendovis.com';
'tempestgreg@yahoo.com'; 'vishal127@gmail.com'; 'mattsellsaustin@gmail.com'; 'burk@burklaw.com';
'sburk9@gmail.com'; 'burke@burkecompany.net'; 'sjturro@yahoo.com'; 'texas2e@gmail.com';
'ronbatra@gmail.com'; 'bsundararajan@globusmedical.com'; 'thanke@rtspecialty.com';
'larryamberg@gmail.com'; 'larryamberg@gmail.com'; 'william.f.fox@gmail.com';
'kirk8877@yahoo.com'; 'manishkpatel@hotmail.com'; '7962200@gmail.com'; 'rodh2006@gmail.com';
'rodh2006@gmail.com'; '7962200@gmail.com'; 'anant.md@gmail.com'; 'texbruin@gmail.com';
'mark@sozolife.com'; 'jconstantine@austin.rr.com'; 'sristenpart@yahoo.com'; 'paul@callpaul.com';
'bernardpenney@gmail.com'; 'jw_wallis@yahoo.com'; 'jw_wallis@yahoo.com'; 'rickgridley@gmail.com';
'ajhelene@gmail.com'; 'tahirsmianmd@gmail.com'; 'eseade@orthoaustin.com'; 'indravijay@gmail.com';
'suzanneamberg@gmail.com'; 'jewelrycornertx@gmail.com'; 'dcparker29@gmail.com';
'pbconst@austin.rr.com'; 'bkazepis@yahoo.com'; 'e.m.erdmann@gmail.com'; 'jw_wallis@yahoo.com';
'questofthetribe@yahoo.com'; 'mbailin510@gmail.com'; 'benw@austin.rr.com';
'lsandbach43@yahoo.com'; 'Ira@YatesConservation.com'; 'pmiller@capitalnephrology.com';
'ddcarter@carterdesign.net'; 'gagarin@austin.utexas.edu'; 'mattsellsaustin@gmail.com';
'rosenbkm02@aol.com'; 'jason@hpwestx.com'; 'jgallinghouse@austin.rr.com';
''dbarlow@dbautomation.com'; '''TAdams@common-resources.com'; 'brian.j.jordan@gmail.com';
'Ira@YatesConservation.com'; 'Nigel.Upton@syzswissadvisors.com'; 'sjturro@yahoo.com';
'kkunda9@aol.com'; 'wschramme@SowellCo.com'; 'zwassmuth@utexas.edu'; 'stuart@tae.com';
'orrokcp@zintech.org'; 'bigrock@zintech.org'; 'bigrock@zintech.org'; 'stefmoss01@gmail.com';
'glamanna@ecologix-solutions.com'; 'JBowden@hanoverco.com'; 'botswana_banana@yahoo.com';
'jwsabo@mac.com'; 'sjturro@yahoo.com'; 'robobrien21@gmail.com'; 'atrialfibrillation@gmail.com';
'rcanby@aol.com'; 'dave@DMTX.com'; 'texas2e@gmail.com'; 'raviganeshappa@gmail.com';

'mdavis@austin.rr.com'; 'rengelhardt@mation.com'; 'kfmk@me.com'; 'burke@burkecompany.net';
'sgarner@stronglaw.com'; 'jack@usam.net'; 'mhatch@reagan.com'; 'robobrien21@gmail.com';
'mojera@aol.com'; 'Jean Rabin' <mojera29@yahoo.com>; 'orrokcp@zintech.org'; 'Stephen Ferguson'
<sfergusonaustin@gmail.com>; 'texas2e@gmail.com'; 'Zachary D Wassmuth'
<zwassmuth@utexas.edu>; 'kirk8877@yahoo.com'; 'robyn lowe' <robyns_adventure@yahoo.com>;
'hgagneja@yahoo.com'; 'Sutherland'' <gmsuther@swbell.net>; 'akhein@me.com';
'calistfriedman@gmail.com'; 'eliprintz@gmail.com'; 'Glenda.Flanagan@wholefoods.com';
'Jim.Schneider@Horizonbanktexas.com'; 'kevin@kbrollins.com'; 'dart523@aol.com';
'haraszti.sandor@gmail.com'; 'bpatten@intellimark.com'; 'Alan J. Helene' <ajhelene@gmail.com>;
'richard@prime3labs.com'; 'Edwards, David' <de@edgegroup.com>; 'akhein@me.com';
'bu131@swbell.net'; 'aboyd711@mac.com'; 'ashshah222@gmail.com'; 'eric@monkey.com';
'Ben.Habig@t-online.de'; 'benjaminh@ranieripartners.com'; 'bfci-consulting@gmx.de';
'bdammert@gmail.com'; 'joshuabaer@capitalfactory.com'; 'cvenka02@yahoo.com';
'chuston@dmtechlaw.com'; 'ccmrry@gmail.com'; 'carsten.mosch@me.com'; 'sparks41@gmail.com';
'jeh@gmx.com'; 'philipp.zenz@web.de'; 'eliprintz@gmail.com'; 'bosherow@enhancedcapital.com';
'jglick@enhancedcapital.com'; 'bosherow@enhancedcapital.com'; 'jglick@enhancedcapital.com';
'eric@monkey.com'; 'erik.nagel@me.com'; 'scott@evsmetal.com'; 'm.a.huth@snb-law.de';
'ro@daylightpartners.com'; 'glelandc@aol.com'; 'Glenda.Flanagan@wholefoods.com';
'greimg@aol.com'; 'omar@hammersmithventures.com'; 'kbi@kenguru.com'; 'jphand58@gmail.com';
'Jim.Schneider@Horizonbanktexas.com'; 'williamsjj@sbcglobal.net'; 'ibappmd@aol.com';
'williamsjj@sbcglobal.net'; 'kevin@kbrollins.com'; 'klittle826@gmail.com'; 'rknorr@cogentrs.com';
'kron.invest@gmail.com'; 'lilyschu@gmail.com'; 'uffi31@yahoo.com';
'michaelm@mcsweeneyholdings.com'; 'dart523@aol.com'; 'nchristie@pangeasedge.com';
'pantx51@gmail.com'; 'fakers@pflugervilletx.gov'; 'rc@ceera.com'; 'rlhunter58@yahoo.com';
'terry@daylightpartners.com'; 'rmacdonald1947@gmail.com'; 'haraszti.sandor@gmail.com';
'sidharthanair@yahoo.com'; 'str@rothenberger-4XS.com'; 'tracey.peterson@usdoj.gov';
'valwiseman@email.toast.net'; 'vishrak@gmail.com'; 'bill@daylightpartners.com'; 'Lois Ballen'
<loballen1@gmail.com>; 'indravijay@gmail.com'; 'Manish Nandani' <manishna@yahoo.com>;
'arvind@unigain.net'; 'Brandon' <tibb11@yahoo.com>; 'Stuart T. Valentine' <svalentine@fwg.com>;
'Mary Grigsby' <mkgrigsby02@gmail.com>; 'Craig Yack Insurance Agency' <cyack@dc.rr.com>;
''John J. Kane' (jkane@krcl.com)'; 'Farro'' <john.j.farro@AndersenTax.com>; 'Brian Lewis'
<yogimenla@gmail.com>; 'peggy@luhring.com'; 'Tara Barnes' <TBarnes@capitalcommercial.com>;
'Stuart T. Valentine' <svalentine@fwg.com>; 'jasonhelfand@gmail.com'; 'AHale@FrenchOilTX.com';
'briandonohoe@me.com'; 'timmtondorf@yahoo.de'; 'jameshayarthur@gmail.com';
Jyoti.Gupta@ttstc.texas.gov; a.ruelas@latinworks.com; valwiseman1955@gmail.com; tpoole@tnp-
llc.com; 20tech13@gmail.com; szoern@gmail.com;  glamanna@ecologix-solutions.com

## KLD Employee With Wage Claims Email Distribution List - **UPDATED**

Ray.Caamano@kldenergy.com;

Michael.Lee@kldenergy.com;

Mike.lee@islandparklabs.com

cokonsky@gmail.com

markwabschall@aol.com

David.Baker@kldenergy.com

Dan.Bell@kldenergy.com

David.Collier@kldenergy.com

Jason.Helfand@kldenergy.com

Weitao.Li@kldenergy.com

Jaye.List@kldenergy.com

Nicolas.Avlas@kldenergy.com

Jerry.Brindle@kldenergy.com

David.Gallagher@kldenergy.com

Chrissy.Miller@kldenergy.com

Hector.Moya@kldenergy.com

Mark.Orteza@kldenergy.com

Alfred.Wan@kldenergy.com

Dcparker29@gmail.com

danacwhitaker@gmail.com

jdwhitaker1006@gmail.com