

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 29, 2016.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| KLD ENERGY TECHNOLOGIES, INC. | § | Case No. 16-10345-HCM |
| Debtor. | § | (Chapter 11) |

### ORDER DENYING EXPEDITED MOTION FOR EXTENSION OF
### THE REMAINING DEADLINES ESTABLISHED BY THE PROCEDURES ORDER

On November 29, 2016, the Court conducted a hearing on the Expedited Motion for Extension of the Remaining Deadlines Established by the Procedures Order, with Supplement (collectively, the "Motion") (dkt# 303, 313) filed by KLD Energy Technologies, Inc. ("Debtor"). At the same time, the Court conducted a status hearing on qualified bidders as requested by the Debtor (dkt# 299). Appearing at the hearing were counsel for the Debtor, the CRO of the Debtor, counsel for Jared Slosberg ("Slosberg"), counsel for the Nader Group, counsel for Anthony Masaryk ("Masaryk"), counsel for the Adams Group DIP Lender, counsel for Green Ray Technologies, Inc., counsel for MyWay Group Co., Ltd. ("MyWay"), a representative of F&T Limited ("F&T"), Ms. Stacy Zoern Goad, and other interested parties. Responses in opposition to the Motion were filed by Slosberg (dkt# 309), Masaryk (dkt# 316), and MyWay (dkt# 315).

After considering the Motion, the Responses, the evidence, the record in this case, and the statements and arguments of counsel, the Court finds that the Motion

1

should be denied and that the following Order should be entered for the reasons set forth by the Court on the record at the hearing.[1]

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:**

1.      The Expedited Motion for Extension of the Remaining Deadlines Established by the Procedures Order, with Supplement (collectively, the "Motion") (dkt# 303, 313) is hereby DENIED.

2.      No Qualified Bids were received by the Debtor for the Debtor's assets by the Bid Deadline of November 28, 2016, other than the Stalking Horse Bid made by MyWay and approved by Agreed Order entered by the Court on November 17, 2016 (dkt# 293). As a result, the Auction scheduled for November 30, 2016, is cancelled and MyWay is determined to be the Successful Bidder.

3.      By November 30, 2016, the Debtor shall file and serve the Sale Motion seeking approval of the sale to MyWay. By December 1, 2016, counsel for the Debtor and counsel for MyWay shall file, under notice coversheet, a proposed form of order approving the sale.

4.      Any objections to the sale or the Cure Notice must be filed by December 1, 2016, as previously established by Order of the Court.

5.      The Court will conduct the Sale Hearing on December 2, 2016, commencing at 10:00 a.m. (CT) in the U.S. Bankruptcy Court, Courtroom # 2, 903 San Jacinto Blvd., Austin, Texas, as previously established by Order of the Court.

# # #

---

[1] Unless otherwise defined herein, capitalized terms as used in this Order shall have the meaning set forth in the Order (A) Approving Bidding Procedures, (B) Approving Bid Protections, (C) Scheduling Bid Deadlines and an Auction, and (D) Approving the Form and Manner of Notice Thereof entered on July 13, 2016 (dkt# 166), as amended by Order entered on August 24, 2016 (dkt# 210) and Order entered on November 16, 2016 (dkt# 291).