**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| | § | CASE NO. 16-10345-HCM |
| KLD ENERGY TECHNOLOGIES, INC. | § § | |
| DEBTOR. | § § | CHAPTER 11 |
| EIN: 32033226500 | § § | |
| 1611 HEADWAY CIRCLE | § § | |
| AUSTIN, TEXAS 78754 | § § § § | |

**AMENDED NOTICE OF PROPOSED
ORDER (I) AUTHORIZING (A) THE SALE OF
DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS,
CLAIMS, ENCUMBRANCES, AND INTERESTS AND (B) THE
DEBTOR'S ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY
CONTRACTS AND UNEXPIRED LEASES AND (II) GRANTING RELATED RELIEF**
**(Related to Dkt. No. 320)**

The proposed Order (I) Authorizing (A) the Sale of Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests and (B) the Debtor's Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Dkt. No. 320] is attached hereto.

Dated: December 1, 2016

Respectfully submitted,

HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 472-5456
Telecopy: (512) 479-1101
Email: Lynn.butler@huschblackwell.com

By: /s/ *Lynn Hamilton Butler*
Lynn Hamilton Butler
Texas Bar No. 03527350

**COUNSEL FOR DEBTOR**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2016, a true and correct copy of the foregoing pleading is being served via this Court's ECF notification system to all parties registered to receive such notice and on all parties listed on the Debtor's Master Service List as of November 23, 2016.

/s/ *Lynn Hamilton Butler*
Lynn Hamilton Butler

AUS-6322454-1 527825/1