

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 04, 2017.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| KLD ENERGY TECHNOLOGIES, INC. | § | Case No. 16-10345-HCM |
| Debtor. | § | (Chapter 11) |

**ORDER SETTING SHOW CAUSE HEARING
ON CONVERSION OF CASE TO CHAPTER 7**

On March 25, 2016, KLD Energy Technologies, Inc. ("Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code. Following a bidding process, on December 2, 2016, the Court conducted a hearing and approved the sale of substantially all of the Debtor's assets and assignment of certain contracts to MyWay Group, Co., Ltd. ("MyWay") pursuant to Order entered on December 9, 2016 ("Sale Order")(dkt# 357). The Sale Order approved a Purchase and Sale Agreement, as amended ("Purchase Agreement") between the Debtor (as Seller) and MyWay (as Buyer) and contemplated that the sale transaction would close on December 22, 2016.

Over the past year, the Court has extended the deadline for MyWay and the Debtor to close the sale transaction on multiple occasions. The Purchase Agreement has been amended several times, and several status and show cause hearings have been held.

Most recently, on September 28, 2017, the Court conducted a hearing on the Expedited Agreed Motion for Order Authorizing Closing Date ("Extension Motion") (dkt# 556) filed by the Debtor. On October 10, 2017, the Court granted the Extension Motion and entered an Amended Agreed Order Authorizing Extension of Closing Date ("Extension Order") (dkt# 568). The Extension Order was approved by the Debtor,

MyWay, Jared Slosberg, Anthony Masaryk, and the Nader Group (collectively "Secured Lenders"), Adams DIP Finance, LLC ("DIP Lender"), Green Ray Technologies, LLC and Ramon Caamano (collectively "Green Ray"), and Travis County. In part, the Extension Order approved a Second Amendment to Amended and Restated Purchase Agreement ("Second Amendment") between the Debtor (as Seller) and MyWay (as Buyer), and authorized the Debtor to close the transaction with MyWay if such closing occurred by October 31, 2017.

On November 1, 2017, the Debtor filed a Status Report advising that the Debtor had yet to receive funding from MyWay for the closing of the sale on October 31, 2017 (dkt# 573). It appears to the Court that MyWay is either unable or unwilling to close the sale transaction with the Debtor. More than one year has elapsed since the Court first approved the sale of the Debtor's assets to MyWay (December 2, 2016). Over one month has elapsed since the latest extended closing date (October 31, 2017).

The last Monthly Operating Report filed by the Debtor for the month of August 2017 shows that the Debtor has continually operated at a net loss and has incurred significant post-petition liabilities which remain unpaid (dkt# 555). No Monthly Operating Reports have been filed by the Debtor for the months of September, October, and November 2017. Although a proposed plan of reorganization was filed by the Debtor, approval of a disclosure statement and confirmation of a plan has not been pursued by the Debtor or any other party in interest.

Pursuant to 11 U.S.C. § 105(a) and 11 U.S.C. § 1112, the Court finds that the following Show Cause Order should be entered in this case.

**IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. A Show Cause Hearing is hereby set for <u>December 21, 2017 at 11:00 a.m. (CT),</u> in the U.S. Bankruptcy Court, Courtroom #2, 903 San Jacinto Blvd., Austin, Texas USA. At the Show Cause Hearing, the Debtor should appear (and any other interested party may appear) and show cause why the Debtor's bankruptcy case should not be converted to a Chapter 7 case, or advise the Court that the Debtor's case should be converted to a Chapter 7 case. Notice is hereby given that the Court may convert the Debtor's case to a Chapter 7 case at the Show Cause Hearing under 11 U.S.C. § 1112(b) for cause, including pursuant to 11 U.S.C. § 1112(d)(4)(A) and/or § 1112(d)(4)(F).

2. By December 18, 2017, the Debtor shall file a short report with the Court, advising whether or not it is the Debtor's position that this case should be converted to a Chapter 7 case and a summary of the basis for such position. By December 18, 2017, any other interested party may file a short report with the Court, advising whether or not it is their position that this case should be converted to a Chapter 7 case and a summary of the basis for such position.

# # #