**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 08, 2017.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| KLD ENERGY TECHNOLOGIES, INC. | § | Case No. 16-10345-HCM |
|     Debtor. | § | (Chapter 11) |

### ORDER RESETTING
### SHOW CAUSE HEARING ON CONVERSION OF CASE TO CHAPTER 7

On December 7, 2017, the Court conducted a hearing in this case. Respective counsel for KLD Energy Technologies, Inc. ("Debtor"), Jared Slosberg, Anthony Masaryk, and the Nader Group (collectively "Secured Lenders"), Green Ray Technologies, LLC and Ramon Caamano (collectively "Green Ray"), and other interested parties attended. The Court was requested to reset the Show Cause Hearing set by Order of the Court entered on December 4, 2017 ("Show Cause Order") (dkt# 574). The Court finds that the Show Cause Hearing should be reset and the following Order should be entered.

IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN AS FOLLOWS:

1. The Show Cause Hearing is hereby reset for <u>January 25, 2018 at 10:00 a.m. (CT),</u> in the U.S. Bankruptcy Court, Courtroom #2, 903 San Jacinto Blvd., Austin, Texas USA. At the Show Cause Hearing, the Debtor should appear (and any other interested party may appear) and show cause why the Debtor's bankruptcy case should not be converted to a Chapter 7 case, or advise the Court that the Debtor's case should be converted to a Chapter 7 case. Notice is hereby given that the Court may convert the

Debtor's case to a Chapter 7 case at the Show Cause Hearing under 11 U.S.C. § 1112(b). The Show Cause Hearing previously set for December 21, 2017 is cancelled.

      2.    By January 22, 2018, the Debtor shall file a short report with the Court, advising whether or not it is the Debtor's position that this case should be converted to a Chapter 7 case and a summary of the basis for such position. By January 22, 2018, any other interested party may file a short report with the Court, advising whether or not it is their position that this case should be converted to a Chapter 7 case and a summary of the basis for such position.

# # #