# IN THE UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| KLD Energy Technologies, Inc., | § | Case No. 16-10345-HCM |
| | § | Chapter 11 |
| Debtor. | § | |

## KLD ENERGY TECHNOLOGIES, INC.'S SUBMISSION IN CONNECTION WITH THE COURT'S ORDER RESETTING SHOW CAUSE HEARING ON CONVERSION OF CASE TO CHAPTER 7
[Relating to Docket No. 586]

TO THE HONORABLE H. CHRISTOPHER MOTT,
U.S. BANKRUPTCY JUDGE:

KLD Energy Technologies, Inc., the debtor in this case ("KLD"), files its Submission in Connection with the Court's Order Resetting Show Cause Hearing on Conversion of Case to Chapter 7, and respectfully state as follows:

1. KLD is opposed to conversion of the case to Chapter 7. KLD prefers for the case to remain under Chapter 11 and there are several factors supporting this preference.

2. Over the last two months, KLD's management team has worked with the consulting company Ricardo in re-instigating marketing of the KLD assets. These efforts have yielded promising from TECO-Westinghouse, an international leader in motor technology located in Round Rock, Texas.[1] TECO-Westinghouse's research and development team met with KLD's management representative (Donald Nevins) in KLD's California lab and conducted a significant review of the KLD technology. With the assistance of Green Ray, KLD demonstrated the technology's potential application to TECO-Westinghouse's business applications. KLD believes that TECO-Westinghouse has a high level of interest in the

---
[1] See https://www.TECOwestinghouse.com/Default.aspx.

technology and is continuing its due diligence to allow it to submit a bid. Although no bid has been received, KLD management is highly encouraged by TECO-Westinghouse's interest. KLD understands that representatives of TECO-Westinghouse will be at Thursday's hearing.

3. KLD continues to communicate with MyWay on its progress in attempting to close a sale of the Debtor's assets. MyWay continues to state that it is moving toward closing. Over the last few weeks, MyWay representatives met in California with Donald Nevins of the KLD restructuring team. Further, MyWay continues to wire funds to KLD. KLD has received no indication from MyWay that it is no longer interested or will be incapable of closing. However, KLD is aware of parties' skepticism given the case history.

4. Finally, the Secured Creditor Group has indicated to KLD that it continues to be interested in purchasing the KLD assets if MyWay or TECO-Westinghouse does not do so. The Secured Creditor Group has gone so far as to submit a Purchase And Sale Agreement to KLD. This would effectively be a back-stop bid should other purchasers fail to close.

5. Given the additional substantive interest in the KLD assets, KLD will file a renewed bid procedures motion prior to the January 25 show cause hearing.

6. As of the filing of this Submission, both the Secured Creditor Group and Green Ray have filed submissions indicating that they oppose conversion based on the recent events.

7. KLD has financial resources to pay accruing operational expenses through February 2018 and possibly through March 2018.

8. Based on the foregoing, KLD strenuously urges the Court not to convert the case to Chapter 7 in that a relatively insignificant extension of time could yield significant results for the estate. The recent developments present a substantive opportunity for the KLD assets to be sold with similar financial expectations as expected from the MyWay transaction. A conversion

of the case would necessarily mean losing the managerial direction of Terry Chase and Donald Nevins and seriously compromise the ability of this estate to maximize its value to creditors. Their expertise and involvement with Ricardo in developing and marketing KLD's assets cannot be understated. Further, a recent agreement between the Secured Creditor Group and Green Ray Technologies to allow the additional time needed for TECO-Westinghouse to complete its due diligence and submit a bid means that additional time will not substantively harm the estate. Finally, given the two-year anniversary of the case on March 25, 2018, the additional time will ensure that any avoidance actions that need to be filed are filed prior to the expiration of any extended deadline.

WHEREFORE, PREMESIS CONSIDERED, KLD Energy Technologies, Inc. respectfully requests that the Bankruptcy Case be retained under Chapter 11, and requests such other and further relief to which they may be justly entitled.

Dated: January 22, 2018                    Respectfully submitted,

HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: (512) 472-5456
Telecopy:   (512) 479-1101
Email: Lynn.butler@huschblackwell.com

By: /s/ *Lynn Hamilton Butler*
Lynn Hamilton Butler
Texas Bar No. 03527350

**COUNSEL FOR DEBTOR**

## CERTIFICATE OF SERVICE

   I hereby certify that on January 22, 2018, a true and correct copy of the foregoing pleading is being served via this Courts ECF notification system to those parties registered to receive such notification as listed below.

                 /s/ *Lynn Hamilton Butler*
                 Lynn Hamilton Butler


**16-10345-hcm Notice will be electronically mailed to:**

Zachery Z. Annable on behalf of Creditor MLD/KLD Investments, LLC; Creditor Rettung Capital Partners, Inc.; Creditor Michael L. Davis
zannable@franklinhayward.com

Jason Bradley Binford on behalf of Creditor Ira John Yates
jbinford@krcl.com

Kay D. Brock on behalf of Creditor Travis County
bkecf@traviscountytx.gov, kay.brock@traviscountytx.gov

Ann Burke Brogan on behalf of Creditor Carol Barry
abrogan@clrbfirm.com, ctuggle@clrbfirm.com;jstiff@clrbfirm.com

Cleveland R Burke on behalf of Creditor Anthony Masaryk
Cleveland.Burke@wallerlaw.com,
tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com


Andrew G. Edson on behalf of Creditor P3 North America, Inc.
andrew.edson@strasburger.com, mina.alvarez@strasburger.com

Stacy Zoern Goad on behalf of Creditor Stacy Zoern Goad
szoern@gmail.com

Kerry L. Haliburton on behalf of Creditor James R. Steele; Creditor Jim Pete Hale; Creditor Steele Enterprises
haliburton@namanhowell.com,
raquel@namanhowell.com;belinda@namanhowell.com;karen@namanhowell.com

Kendall D. Hamilton on behalf of Creditor Frost Bank
hamiltonlaw@austin.rr.com

Scott D. Lawrence on behalf of Interested Party Ad Hoc Committee of Unsecured Creditors of KLD Energy Technologies, Inc.

scott.lawrence@akerman.com

Joseph D. Martinec on behalf of Interested Party Adams DIP Finance Group, LLC
martinec@mwvmlaw.com, white@mwvmlaw.com

Kell C. Mercer on behalf of Creditor Jared Slosberg
kell.mercer@mercer-law-pc.com

Jesse Tyner Moore on behalf of Interested Party F & T Limited
jmoore@dykema.com

Kelli S. Norfleet on behalf of Creditor Naha Holdings; Creditor Kevin Stolle
kelli.norfleet@haynesboone.com

Reese A O'Connor on behalf of Interested Party MyWay Group, Co., Ltd.
roconnor@velaw.com, jwest@velaw.com;sabramowitz@velaw.com

Michael M. Parker on behalf of Creditor Green Ray Technologies, LLC; Plaintiff Green Ray Technologies, LLC; Plaintiff Ramon A. Caamano
michael.parker@nortonrosefulbright.com

B. Weldon Ponder, Jr. on behalf of Interested Party Limpinbear Family Partnership, Ltd.
welpon@austin.rr.com, wponder3@austin.rr.com

John C. Roy on behalf of Interested Party Texas Treasury Safekeeping Trust Company
casey.roy@oag.state.tx.us

Peter C. Ruggero on behalf of Creditor Dale McPherson; Creditor Ira John Yates
peter@ruggerolaw.com

Jonathan J Sandstrom Hill on behalf of Creditor Paul D Agarwal
jsandstromhill@capitalcommercial.com

David Lawrence Staab on behalf of Creditor GAP VII IND-A Walnut, LP
david.staab@haynesboone.com

Sabrina L. Streusand on behalf of Creditor Dell Financial Services; Creditor Paul Nader, M.D.
streusand@slollp.com, prentice@slollp.com

Eric J. Taube on behalf of Creditor Anthony Masaryk
eric.taube@wallerlaw.com, sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Daniel L Tobey on behalf of Interested Party MyWay Group, Co., Ltd.
dtobey@velaw.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Richard Dietrich Villa on behalf of Creditor Paul Nader, M.D.
villa@slollp.com, prentice@slollp.com

William L. Wallander on behalf of Interested Party MyWay Group, Co., Ltd.
bwallander@velaw.com, sbarden@velaw.com

Jarom J Yates on behalf of Creditor Greenfield Partners, LLC
jarom.yates@haynesboone.com, kim.morzak@haynesboone.com