# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 16-10345-HCM |
| KLD ENERGY TECHNOLOGIES, INC., | § | (Chapter 11) |
|     Debtor. | § | |

## ADAMS DIP FINANCE GROUP, LLC'S LIMITED OBJECTION TO MOTION OF KLD ENERGY TECHNOLOGIES, INC. FOR ENTRY OF A SECOND ORDER (A) APPROVING UPDATED BIDDING PROCEDURES, (B) SCHEDULING BID DEADLINES AND AN AUCTION, AND (D) APPROVING THE FORM AND MANNER OF NOTICE THEREOF

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

ADAMS DIP FINANCE GROUP, LLC, DIP Lender[1] in the above referenced proceeding under Chapter 11, hereinafter "ADFG", files this limited objection to the *Motion of KLD Energy Technologies, Inc. for Entry of a Second Order (a) Approving Updated Bidding Procedures, (b) Scheduling Bid Deadlines and an Auction, and (d) (sic) Approving the Form and Manner of Notice Thereof* (Doc#598) ("the Second Sale Motion"), and would show the court the following:

1. Debtor filed the Second Sale Motion (Doc#598) on January 24, 2018.

2. ADFG supports and does not oppose the Second Sale Motion in principle, believing that the extension of the time period for solicitation and consideration of cash offers will clearly provide the most benefit to the most creditors and stakeholders of KLD. However, the motion, as proposed, is unnecessarily confusing, misleading and inequitable to those individuals and entities who funded the DIP Loan, many of whom do not have counsel and rely on the ordinary meaning of terms. When they hear descriptions of the Second Sale Motion and its treatment of "secured creditors", they tend to think that their rights as secured creditors

---

[1] *Final Order Authorizing the Debtor to Incur Postpetition Secured, Super-Priority Indebtedness* (Doc#72) entered April 27, 2016.

F:\Adams DIP Finance Group LLC (ADFG)\KLD - Motions and Related\ADFG's Limited Objection to Second Sale Motion - 1-31-2018.docx

1

(through the DIP Loan) are being preserved. ADFG does not criticize the accelerated timeline for considering the Second Sale Motion, but the shortened notice increases the risk of confusion. The Secured Creditor Group should be designated the Sloss-Nader-Masaryk Group.

3. The Second Sale Motion is also imprudent for the very creditors who are promoting the use of their respective rights under 11 U.S.C. § 363(k). It is understood that the creditors who authorized the Second Sale Motion are those that prevented the DIP Loan from having priority lien status, while they themselves provided no funds to preserve the debtor's ability to operate and seek a buyer. Nonetheless, it was the DIP Loan, funded by the individuals now being cut out of the process under the proposed Second Sale Motion, that provided substantially all of the operating capital that has preserved the value of the Sloss, Nader and Masaryk liens. The representations made to the court regarding the "waterfall" of funds that would be available from a sale in Chapter 11 (rather than in Chapter 7, under the supervision of a trustee) are looking foggy at best.

4. While the Secured Creditor Group has certain rights under Section 363(k), the court is authorized to modify the credit bid rights of secured parties "for cause". In this case, the allowance of credit bids along with cash bids is likely to have the effect of casting a pall over the procedure, which is likely to diminish interest and dissuade serious potential purchasers, not unlike the disruptive effect to otherwise interested potential buyers of a party having a right of first refusal or other such constraint on sale. It is difficult to know if the Secured Creditor Group is intentionally damaging the bid process to improve its chances of acquiring all of the debtor's assets through a credit bid.

5. Without questioning the Secured Creditor Group's motivation, it is somewhat obvious that a successful acquisition by credit bid will require a substantial sum of money to

preserve the purchased assets, whether for sale, or to restart a KLD-successor company. In alienating those who funded the DIP Loan, the Secured Creditor Group has damaged its own prospect for raising funds from Austin-area investors and any investor familiar with KLD's once promising future, all of whom are aware that the members of the Secured Creditor Group have refused to offer any equity position to those who preserved the value of their admittedly superior liens.

6. For these reasons, ADFG requests that the Second Sale Motion be modified to allow exercise of rights under Section 363(k) only after the debtor has failed to receive a cash bid that at least covers the liens of Sloss, Nader and Masaryk.

WHEREFORE, premises considered, ADAMS DIP FINANCE GROUP, LLC requests that its limited objection be sustained, and for such other relief as to which it may show itself entitled under law or equity.

Respectfully submitted,

MARTINEC, WINN & VICKERS, P.C.
611 S. Congress Avenue, Suite 450
Austin, TX 78704-1771
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com

By: _____
Joseph D. Martinec
State Bar No. 13137500
ATTORNEYS FOR ADAMS DIP FINANCE GROUP, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Adams DIP Finance Group, LLC's Limited Objection to Motion of KLD Energy Technologies, Inc. for Entry of a Second Order (a) Approving Updated Bidding Procedures, (b) Scheduling Bid Deadlines and an Auction, and (d) Approving the Form and Manner of Notice Thereof* was served via the Court's CM/ECF notification system on all parties requesting notice on such system, and via email or United States First Class Mail on each of the parties on the attached Master Service List on February 1, 2018.

/s/ Martinec
Joseph D. Martinec

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KLD ENERGY TECHNOLOGIES, INC., | § | CASE NO. 16-10345-HCM |
| | § | |
| 8910 Research Blvd., Bldg. B-1 | § | |
| Austin, TX 78754 | § | CHAPTER 11 |
| | § | |
| Taxpayer Identification No.: 32033226500 | § | |
| | § | |
| DEBTOR. | § | |

## MASTER SERVICE LIST
(as of March 27, 2017)

**DEBTOR**
KLD Energy Technologies, Inc.
8910 Research Blvd., Bldg. B-1
Austin, Texas 78754

**DEBTOR'S COUNSEL**
Lynn H. Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: 512-472-5456
Email: lynn.butler@huschblackwell.com
Fax: 512-479-1101

**OFFICE OF U.S. TRUSTEE (via ECF)**
United States Trustee
903 San Jacinto Blvd., Suite 230
Austin, Texas 78701
Telephone: 512-916-5330
Email: ustpregion07.au.ecf@usdoj.gov

## TOP 20 UNSECURED CREDITORS (via Email)

James R. Steele
1363 FM 303
Brownfield, Texas 79316
Email: buzzsteele44@aol.com

Mary McDermott  **UPDATED**
85 Glasnevin Woods
Dublin 11 F8YY
Ireland
Email: marymcdermott1@hotmail.com

Ira Jon Yates
P.O. Box 5068
San Angelo, Texas 76902
Email: Ira@YatesConservation.com

AMPM Enterprises (Alan Helene)
425 East 58th Street #28H
New York, New York 10022
Email: ajhelene@gmail.com

Seade Family Revocable Trust
4601 Dusik Lane
Austin, Texas 78746
Email: eseade@orthoaustin.com

Jim Pete Hale
1365 Windstone Drive
Waco, Texas 76712
Email: jhaletx@mygrande.net

George W Evans Investments Ltd.
2630 Bering Drive
Houston, Texas 77057
Email: George@incags.com

Ravi Ganeshappa, MD
10 Westerleigh
San Antonio, Texas 78218
Email: raviganeshappa@gmail.com

Big Rock Investments LLC
986 Clear Creek Drive
Ashland, Oregon 97520
Email: bigrock@zintech.org

Papa Doug Trust Dated January 11, 2010
350 Camino de la Reina
San Diego, California 92108
Email: papadoug@manchesterfinancialgroup.com

Benjamin J. Williams
1300 Verdant Way
Austin, Texas 78746
Email: benw@austin.rr.com

Zachary D. Wassmut
9807 Tree Bend Cove
Austin, Texas 78750
Email: zwassmuth@utexas.edu

Playfair & Graham Holdings LLC
1228 Havre Lafitte Drive
Austin, Texas 78746
Email: pplayfair@westlakemedical.com

Steele Enterprises
PO Box 215
Brownfield, Texas 79316
Email: buzzsteele44@aol.com

John Findley
27230 IBIS Cove Court
Bonita Springs, Florida 34134
Email: findleyj@me.com

Gordon Feller      4700 Almirante
~~2601 Esperanza Crossing, Apt #1211~~
Austin, Texas ~~78758~~   78738
Email: gordon.feller@yahoo.com

Jack Wesley Wallis
601 Snyder Hill Drive
San Marcos, Texas 78666
Email: jw_wallis@yahoo.com

Tim and Fran Orrok Trust
501 S La Posada Circle, Apt 262
Green Valley, Arizona 85614
Email: orrokcp@zintech.org

James Hay-Arthur
4257 Main Stret, Suite 110
Westminster, Colorado 80031
Email: jameshayarthur@gmail.com

Prime 3 Group,LLC
(Richard Marten)
212B 74th Street
Virginia Beach, Virginia 23451
Email: richard@prime3labs.com

## SECURED CREDITORS; DEBT HOLDERS, and SHAREHOLDERS

**Via Email**
See attached Email List **(updated)**

**Via U.S. First-Class Mail**

Dell Financial Services LLC
PO Box 5275
Carol Stream, Illinois 60197-5275

CIT Technology Fin Service, Inc.
21146 Network Place
Chicago, Illinois 60673-1211

People Fund
2921 East 17th Street, Bldg. D Ste. 1
Austin, Texas 78702

GAP VII IND-A WALNUT, LP.
PO Box 2402
Sherman, Texas 75091-2402

## PARTIES REQUESTING NOTICE (via ECF) - UPDATED

Jackson Brooks Wimberly
c/o Donald E. Hood
The Law Office of Donald E. Hood, PLLC
6440 North Central Expressway, Suite 204
Dallas, Texas 75206
Email: don.hood@dehlaw.com

Jared Slosberg
c/o Kell C. Mercer
Kell C. Mercer, P.C.
1602 E. Cesar Chavez Street
Austin, Texas 78702
Email: kell.mercer@mercer-law-pc.com

Anthony Massaryk
c/o Eric J. Taube
Cleveland R. Burke
Waller Lansden Dortch & Davis, LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Email: eric.taube@wallerlaw.com
Email: Cleveland.burke@wallerlaw.com

Carol A. Barry
c/o Ann B. Brogan
Crowley, Liberatore, Ryan & Brogan, P.C.
150 Boush Street
Norfolk, Virginia 23510
Email: abrogan@clrbfirm.com

Nader Parties
c/o Sabrina L. Streusand
Richard D. Villa
Streusand, Landon & Ozburn, LLP
811 Barton Springs Road, Suite 811
Austin, Texas 78704
Email: streusand@slollp.com
Email: villa@slollp.com

Paul D. Agarwal
c/o Jonathan Sandstrom Hill
800 Brazos Street, Suite 600
Austin, Texas 78701
Email: jsandstromhill@capitalcommercial.com

Texas Treasury Safekeeping Trust Company
c/o J. Casey Roy
Texas Attorney General's Office
Bankruptcy & Collections Division
PO Box 12548-MC 008
Austin, Texas 78711-2548
Email: casey.roy@texasattorneygeneral.gov

Frost Bank
c/o Kendall D. Hamilton
Law Office of Ken Hamilton
900 RR 620 South, Suite C101 #164
Austin, Texas 78734
Email: hamiltonlaw@austin.rr.com

James R. Steele
c/o Kerry L. Haliburton
Naman, Howell, Smith & Lee, PLLC
PO Box 1470
Waco, Texas 76703-1470
Email: haliburton@namanhowell.com

Limpinbear Family Partnership, Ltd.
c/o B. Weldon Ponder, Jr.
Attorney at Law
4408 Spicewood Springs Road
Austin, Texas 78759
Email: welpon@austin.rr.com

MyWay Group, Co., Ltd.
c/o Reese A. O'Connor
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Email: roconnor@velaw.com

Travis County
c/o Kay D. Brock
Assistant Travis County Attorney
PO Box 1748
Austin, Texas 78767
Email: kay.brock@travisocuntytx.gov

Jim Pete Hale
c/o Kerry L. Haliburton
Naman, Howell, Smith & Lee, PLLC
PO Box 1470
Waco, Texas 76703-1470
Email: haliburton@namanhowell.com

Steele Enterprises
c/o Kerry L. Haliburton
Naman, Howell, Smith & Lee, PLLC
PO Box 1470
Waco, Texas 76703-1470
Email: haliburton@namanhowell.com

Green Ray Technologies, LLC
c/o Michael M. Parker
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, Texas 78205
Email: Michael.parker@nortonrosefulbright.com

MyWay Group, Co., Ltd.
c/o Willliam L. Wallander
Daniel L. Tobey
Megan M. Coker
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Email: bwallander@velaw.com
        dtobey@velaw.com
        megancoker@velaw.com

P3 North America, Inc.
c/o Andrew G. Edson
Elizabeth F. Griffin
Strasburger & Price L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Email: andrew.edson@strasburger.com

MLD/KLD Investments, LLC
c/o Zachery Z. Annable
Franklin Hayward LLP
10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Email: zannable@franklinhayward.com

MyWay Group, Co., Ltd.
c/o Megan M. Coker
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Email: megancoker@velaw.com

Michael L. Davis
c/o Zachery Z. Annable
Franklin Hayward LLP
10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Email: zannable@franklinhayward.com

Rettung Capital Partners, Inc.
c/o Zachery Z. Annable
Franklin Hayward LLP
10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Email: zannable@franklinhayward.com

Ad Hoc Committee of Unsecured Creditors
c/o David W. Parham
Scott D. Lawrence
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Email: david.parham@akerman.com
       scott.lawrence@akerman.com

<u>KLD Shareholder and NoteHolder Email Distribution List</u> - **UPDATED**

(includes Investor's wives, other family, financial advisors, attorneys, etc.)

'Oliver Sandlin" <osandlin@vgcfirm.com>; 'Stacy Zoern' <szoern@gmail.com>;
'Kissaroslaki' <Istvan.Kissaroslaki@kldenergy.com>; 'Brett Morris' <brett@momentumconsulting.com>;
'craig@momentumconsulting.com'; 'marthalynn@momentumconsulting.com';
'imran.akbar6@gmail.com'; 'glindenmuth@llbcompany.com'; 'dagarwal@capitalcommercial.com';
'Doug Bing' <dougb@blueribbonbuilders.com>; 'Valentine" <svalentine@fwg.com>; 'stuart@tae.com';
'mjr@abetterworld.net'; 'jameshansenmd@gmail.com'; 'doclee@smfm.net'; 'alcairus@gmail.com';
'apruitt1@yahoo.com'; 'thghost@aol.com'; 'hthreats@msn.com'; 'atrinh@yahoo.com';
'anaruelas1@yahoo.com'; 'reachme33@gmail.com'; 'Angela.Caffey@morganstanleysmithbarney.com';
'anh.mather@intel.com'; 'pathofmindfulness@gmail.com'; 'Brad@greenblum.com';
'aduncantex@gmail.com'; 'kkunda9@aol.com'; 'thghost@aol.com'; 'benjaminfairfax@yahoo.com';
'benw@austin.rr.com'; 'bart.barrett@woodpartners.com'; 'bernardpenney@gmail.com';
'bthiel@aol.com'; 'bigrock@zintech.org'; 'bill@daylightpartners.com'; 'phil@showcaseofhomes.com';
'raf1313@aol.com'; 'bkazepis@yahoo.com'; 'gil@daylightpartners.com'; 'brtbendele@gmail.com';
'bretthattonatx@gmail.com'; 'brett@momentumconsulting.com'; 'brian.g.barth@gmail.com';
'pouncingfox@gmail.com'; 'brian.j.jordan@gmail.com'; 'brian.kemple@gmail.com'; 'Bruce.Butler@ets-lindgren.com'; 'bmiddleton63@austin.rr.com'; 'balsup@sbcglobal.net'; 'bedwards@bte-energy.com';
'capneurosurg@sbcglobal.net'; 'pnader6927@aol.com'; 'pnader6927@aol.com';
'pmiller@capitalnephrology.com'; 'pmiller@capitalnephrology.com'; 'jimbo@matexas.com';
'hyancy@zydecodevelopment.com'; 'energyonecb@aol.com'; 'Julie Werner' <music@fredwerner.com>;
'Brad@greenblum.com'; 'pw9901@gmail.com'; 'glamanna@ecologix-solutions.com';
'glamanna@ecologix-solutions.com'; 'czeller@austin.rr.com'; 'smoores6@aol.com';
'wujigong@gmail.com'; 'cbkazepis@yahoo.com'; 'Stan@dotylaw.com'; 'charrison@skilesgroup.com';
'champton@austin.rr.com'; 'Roy.Baker@lodgeworks.com'; 'craigknight@forestargroup.com';
'craig.dubois@gmail.com'; 'craig@momentumconsulting.com'; 'jonyg1@gmail.com';
'dehling@orientalhealthsolutions.com'; 'danbrown1957@yahoo.com'; 'ddavidson77@yahoo.com';
'winn.dao@earthlink.net'; 'darlaperry@bellsouth.net'; 'dwabschall@groupMW.com';
'dave@DMTX.com'; "dbarlow@dbautomation.com'; 'Ddodgin@gmail.com'; 'Dave.endler@gmail.com';
'davidherrman@yahoo.com'; 'ddavidhoerster@gmail.com'; 'burk0001@yahoo.com';
'dwmalone69@gmail.com'; 'johannapadelt@netscape.net'; 'david.m.welty@gmail.com';
'steve@daylightpartners.com'; 'rod@daylightpartners.com'; 'shenloong@aol.com';
'mbueker1@hotmail.com'; 'dcastenfelt@dcmedmail.com'; 'doncavin@att.net'; 'texbruin@gmail.com';
'drakeborer@gmail.com'; 'dwmeck@gmail.com'; 'earlthepearl108@hotmail.com';
'lorettayoung_us@yahoo.com'; 'eddy@eberlyaustin.com'; 'capneurosurg@sbcglobal.net';
'verlyncraigpayton43@gmail.com'; 'elinazart@me.com'; 'ellenj.myers@gmail.com';
'hyancy@zydecodevelopment.com'; 'pplayfair@westlakemedical.com'; 'brian.j.jordan@gmail.com';
'jw_wallis@yahoo.com'; 'erichrbrown@gmail.com'; "e.m.erdmann@gmail.com'; 'nando79@gmail.com';
'ro@daylightpartners.com'; "Julie Werner' (music@fredwerner.com)'; 'music@fredwerner.com';
'pekfbus@me.com'; 'griffthomasmd@gmail.com'; 'jgallinghouse@austin.rr.com'; 'NONA06@aol.com';

'GJRnaustin@aol.com'; 'griffthomasmd@gmail.com'; 'lherlin@gmail.com';
'georgepoteracki@gmail.com'; 'georgeparkerphd@gmail.com'; 'jwolf6312@yahoo.com';
'glindenmuth@llbcompany.com'; 'gordon.feller@yahoo.com'; 'gwbaylor83@gmail.com';
'gwestmoreland1@gmail.com'; 'gjohnston@oxfordcommercial.com';
'gjohnston@oxfordcommercial.com'; 'dwabschall@groupMW.com'; 'kwikkers@me.com';
'Brad@greenblum.com'; 'hyonchris@austin.rr.com'; 'larryamberg@gmail.com'; 'mills@systemsafe.com';
'Hal.Shults@usi.biz'; 'hhoneill@gmail.com'; 'whit@whithanks.com'; 'winn.dao@earthlink.net';
'hemant.vankawala@emerus.com'; 'jason@hpwestx.com'; 'dan@herdpartners.com';
'Tevis@hpwestx.com'; 'JT@hpwestx.com'; 'eccrumbley@bellsouth.net';
'akaplan@SusmanGodfrey.com'; 'rsafi@susmangodfrey.com'; 'tim.keith@hkcapllc.com';
'tim.keith@hkcapllc.com'; 'hyancy@zydecodevelopment.com'; 'AmundsonSA@hotmail.com';
'ha02@txstate.edu'; 'istonington@gmail.com'; 'imran.akbar6@gmail.com';
'Ira@YatesConservation.com'; 'Brad@greenblum.com'; 'kevin@ironsadvisory.com'; 'Nick Fox'
<nfox@dbcllp.com>; 'bur830@vvm.com'; 'jw_wallis@yahoo.com'; 'jmauldinmd@yahoo.com';
'cchaikin@texasbankandtrust.com'; 'jimbo@matexas.com'; 'jturnr73@cs.com';
'Jamesoschnell@gmail.com'; 'jimparfitt53@gmail.com'; 'james.moffett@crescentcrown.com';
'buzzsteele44@aol.com'; 'jtdoody1@gmail.com'; 'jhymer@sbcglobal.net'; 'Janice@bodydialogues.com';
'jared@slos.net'; 'jasmin.massengale@gmail.com'; 'jhelfand@kldenergy.com'; 'jmpaglia@live.fr';
'JBowden@hanoverco.com'; 'grecojeff@gmail.com'; 'jdwhitaker@austin.rr.com'; 'jsjobe@gmail.com';
'jmorgan@amf2.com'; 'John Constantine' <constantine.johna@gmail.com>; 'findleyj@me.com';
'jonyg1@gmail.com'; 'jlapaglia@aol.com'; 'jwsabo@mac.com'; 'traciebettin@saboconsolidated.com';
'karon.simpson7@gmail.com'; 'jcookson812@sbcglobal.net'; 'johnweaver50@gmail.com';
'jsparkkuli@yahoo.com.au'; 'jgabbay@outlook.com'; 'jmoran@natalliance.com';
'joseph_schneider@dell.com'; 'jubele@aol.com'; 'jubele@aol.com'; 'juliempratt@sbcglobal.net';
'kdkanaly@gmail.com'; 'kathryn.helfand@gmail.com'; 'ktadams@austin.rr.com'; 'pkellum@me.com';
'kellykoonce@icloud.com'; 'kfmk@me.com'; 'quimteclp@comcast.net'; 'khaugaard2@gmail.com';
'kirkypt@yahoo.com'; 'kyle.kolb@comcast.net'; 'Landon.Marino@morganstanleysmithbarney.com';
'lsandbach43@yahoo.com'; 'ls1234737@gmail.com'; 'burke@burkecompany.net';
'burke@burkecompany.net'; 'oconnor@HPltx.com'; 'scottlawson99@yahoo.com';
'leehalstead@gmail.com'; 'chalstead@gmail.com'; 'lpoole@tnp-llc.com'; 'Lbg@lbglaw.com';
'lccoons@austin.rr.com'; 'les@smartsem.com'; 'cfarmer@sagapetroleum.com'; 'smilyn47@yahoo.com';
'Livia Kohn' <liviakohn@gmail.com>; 'tommosc@gmail.com'; 'kilelori@gmail.com';
'lopezjoe2000@yahoo.com'; 'Nick Fox' <nfox@dbcllp.com>; 'magohar@hotmail.com';
'austexmarc@aol.com'; 'mbailin510@gmail.com'; 'mbailin510@gmail.com'; 'buffkin@mac.com';
'rcanby@aol.com'; 'mark@sozolife.com'; 'dntfncmein@msn.com'; 'mcusack@centurytel.net';
'mmccrimmon@austin.rr.com'; 'marshin51@gmail.com'; 'marthalynn@momentumconsulting.com';
'lantanaholdings@yahoo.com'; 'mbaunach@hotmail.com'; 'marylee.guthrie@gmail.com';
'marytlogullo@gmail.com'; 'mbriggs@fourhands.com'; 'mnader88@yahoo.com';
'maxhindenburg@msn.com'; 'hyancy@zydecodevelopment.com'; 'jfmcdermott@gmail.com';
'hyancy@zydecodevelopment.com'; 'melanie.little2@gmail.com'; 'malbrecht@sworthogroup.com';
'greenleeredraider95@gmail.com'; 'michaelmcphaul@msn.com'; 'mdavis@austin.rr.com';
'mdavis@austin.rr.com'; 'swacmrm@aol.com'; 'mhatch@reagan.com'; 'mike.klonne@gmail.com';

'mjr@abetterworld.net'; 'mdavis@austin.rr.com'; 'botswana_banana@yahoo.com'; 'mojera@aol.com';
'fbenton@amf2.com'; 'dwiles@hhdulaw.com'; 'mirabimd@aol.com'; 'marytlogullo@gmail.com';
'nforage@austin.rr.com'; 'nedsnydermd@gmail.com'; 'nftsourmas@gmail.com';
'bthomas@vitalpet.com'; 'pdavis127@gmail.com'; 'pamcookson@hotmail.com'; 'pkellum@me.com';
'pphilbin1@mac.com'; 'patrickp@parkersolutionsgroup.com'; 'carol@nobleinnovations.com';
'patrickbmw@aol.com'; 'dagarwal@capitalcommercial.com'; 'paul@callpaul.com';
'Pedram.Amini@gmail.com'; 'tony@tonyjeter.com'; 'bobbyarnold25@yahoo.com';
'larryamberg@gmail.com'; 'sailor25@yahoo.com'; 'philbraun1@gmail.com'; 'DTG24@hotmail.com';
'PPlayfair@westlakemedical.com'; 'bobbwf@aol.com'; 'mquigley@atlantic-health.com';
'dollbock@comcast.net'; 'rajenergy@sbcglobal.net'; 'randy@mamafus.com'; 'rasredwine@gmail.com';
'rasredwine6@gmail.com'; 'ray@greenraytech.org'; 'rengelhardt@mation.com';
'Bruce.Butler@etslindgren.com'; 'remebutler@aol.com'; 'rickgridley@gmail.com';
'rbeck167@austin.rr.com'; 'richard@greenlight-es.com'; 'rcoonsmd@austin.rr.com';
'dick@daylightpartners.com'; 'rlhunter58@yahoo.com'; 'jamaxric@roadrunner.com';
'rfitts@designcollaborative.cc'; 'richardskidmore@mac.com'; 'rickwalla42@yahoo.com';
'CaplanR@yahoo.com'; 'agnich" <tracy.agnich@gmail.com>'; 'rking@goodcompanyassociates.com';
'rajenergy@sbcglobal.net'; 'terry@daylightpartners.com'; 'robinwinnma@gmail.com';
'rocky@daylightpartners.com'; 'rodoard@gmail.com'; 'drohit@gmail.com';
'ross.engledow@avanade.com'; 'rribelin44@gmail.com'; 'wrogersdo@gmail.com';
'is@irvinsahnimd.com'; 'sabhirud@gmail.com'; 'sristenpart@yahoo.com'; 'scott@daylightpartners.com';
'scotthelbing@sbcglobal.net'; 'inkseade@yahoo.com'; 'eseade@orthoaustin.com';
'eseade@orthoaustin.com'; 'blickteig@gmail.com'; 'atrialfibrillation@gmail.com';
'shan9730@gmail.com'; 'sceneworks@aol.com'; 'sid.miller@paladinpolicygroup.com';
'repsidmiller@gmail.com'; 'speroconstantine@hotmail.com'; 'ddavidson77@yahoo.com';
'sferguson@westlakesoccer.com'; 'steve@mamafus.com'; 'reesing08@gmail.com';
'svaughan@mation.com'; 'sgarner@stronglaw.com'; 'sjturro@yahoo.com'; 'sjturro@yahoo.com';
'stevenwinn52@yahoo.com'; 'steve.loranger@pendovis.com'; 'khajjar@hspwlegal.com';
'susanchristmas@gmail.com'; 'susan@daylightpartners.com'; 'rjosey@orthoaustin.com';
'dtaylor@taylordunham.com'; 'DDunham@taylordunham.com'; 'eseade@orthoaustin.com';
'philforte@verizon.net'; 'rjosey@orthoaustin.com'; 'larryamberg@gmail.com'; 'bbrav63@yahoo.com';
'greenwoodnelson@gmail.com'; "Julie Werner' (music@fredwerner.com)'; 'music@fredwerner.com';
'Tom Cooper' <tbcooperjr@aol.com>; 'tjsmith1313@gmail.com'; 'thelfand@winstead.com';
'1lhanc@windstream.net'; 'treardon@reinhartlaw.com'; 'contradennis@gmail.com'; 'jjoodee@aol.com';
'mistypearl108@gmail.com'; 'td.adams@comcast.net'; 'castoldi@centurytel.net'; 'tdstrand@gmail.com';
'tlvanvec@gmail.com'; 'nftsourmas@gmail.com'; 'vinoopdo@gmail.com'; 'pnader6927@aol.com';
'wallisnader@gmail.com'; 'wjnextlevel@yahoo.com'; 'wchackler@gmail.com';
'wayman@blkbeardevelopment.com'; 'wbredpath@gmail.com'; 'Bill.Coffey@Morganstanley.com';
'dwiles@hhdulaw.com'; 'bwiese@dbcllp.com'; 'william.f.fox@gmail.com'; 'jeff@ranchesandrivers.com';
'will@denpg.com'; 'pmiller@capitalnephrology.com'; 'Chad Krisel' <ckrisel@gmail.com>;
'papadoug@manchesterfinancialgroup.com'; 'Davis Cable' <Davis@pulliamcable.com>;
'kevin.stolle@quimteclp.com'; 'George Evans' <George@incags.com>; 'goddess9@ymail.com';
'John McPhaul' <mcphaul34@yahoo.com>; 'marymcdermott1@hotmail.com'; 'DTG24@hotmail.com';

'kwikkers@me.com'; 'rbagnich1@yahoo.com'; 'bhogan@contistreetpartners.com';
'hgagneja@yahoo.com'; 'jw_wallis@yahoo.com'; 'jw_wallis@yahoo.com'; 'sabbate@sbcglobal.net';
'panesar2k@gmail.com'; 'pozman1@yahoo.com'; 'apruitt1@yahoo.com'; 'mattsellsaustin@gmail.com';
'bbrav63@yahoo.com'; 'jhaletx@mygrande.net'; '1lhanc@windstream.net';
'karentindall1980@gmail.com'; 'Lutzmike59@yahoo.com'; 'kwikkers@me.com'; 'Kerry@bowjazz.com';
'raviganeshappa@gmail.com'; 'ps@photodex.com'; 'rfitts@designcollaborative.cc';
'Nigel.Upton@syzswissadvisors.com'; 'Alan.Grilliette@transwestern.net'; 'Mary Grilliette'
<marysellssanantonio@gmail.com>; 'gmsuther@swbell.net'; 'TAdams@common-resources.com';
'bthiel@aol.com'; 'drotistgordon@hotmail.com'; 'greenwoodnelson@gmail.com';
'mattsellsaustin@gmail.com'; 'vinoopdo@gmail.com'; 'botswana_banana@yahoo.com';
'buzzsteele44@aol.com'; 'buzzsteele44@aol.com'; 'NONA06@aol.com'; 'alexgagarin@gmail.com';
'dpgagarin@gmail.com'; 'sjturro@yahoo.com'; 'drakeborer@gmail.com'; 'ddcarter@carterdesign.net';
'gagarin@austin.utexas.edu'; 'kfmk@me.com'; 'mdavis@austin.rr.com'; 'zwassmuth@utexas.edu';
'jason@hpwestx.com'; 'georgeparkerphd@gmail.com'; 'george@incags.com'; 'liviakohn@gmail.com)';
'liviakohn@gmail.com'; 'tommosc@gmail.com'; 'mike.klonne@gmail.com'; 'maxhindenburg@msn.com';
'rbagnich1@yahoo.com'; 'joelhoracio@yahoo.com'; 'dwmalone69@gmail.com'; 'mjlouis@mmm.com';
'sdana5591@gmail.com; 'haventibb@gmail.com'; 'pbconst@austin.rr.com'; 'rcanby@aol.com';
'kmcmahon@lubbockcpa.com'; 'ls1234737@gmail.com'; 'medacct@earthlink.net';
'ray.shelton@gmail.com'; 'becky@pureautoparts.com'; 'ps@photodex.com';
'kho.irani@exxonmobil.com'; 'pplayfair@yahoo.com'; 'steve.loranger@pendovis.com';
'tempestgreg@yahoo.com'; 'vishal127@gmail.com'; 'mattsellsaustin@gmail.com'; 'burk@burklaw.com';
'sburk9@gmail.com'; 'burke@burkecompany.net'; 'sjturro@yahoo.com'; 'texas2e@gmail.com';
'ronbatra@gmail.com'; 'bsundararajan@globusmedical.com'; 'thanke@rtspecialty.com';
'larryamberg@gmail.com'; 'larryamberg@gmail.com'; 'william.f.fox@gmail.com';
'kirk8877@yahoo.com'; 'manishkpatel@hotmail.com'; '7962200@gmail.com'; 'rodh2006@gmail.com';
'rodh2006@gmail.com'; '7962200@gmail.com'; 'anant.md@gmail.com'; 'texbruin@gmail.com';
'mark@sozolife.com'; 'jconstantine@austin.rr.com'; 'sristenpart@yahoo.com'; 'paul@callpaul.com';
'bernardpenney@gmail.com'; 'jw_wallis@yahoo.com'; 'jw_wallis@yahoo.com'; 'rickgridley@gmail.com';
'ajhelene@gmail.com'; 'tahirsmianmd@gmail.com'; 'eseade@orthoaustin.com'; 'indravijay@gmail.com';
'suzanneamberg@gmail.com'; 'jewelrycornertx@gmail.com'; 'dcparker29@gmail.com';
'pbconst@austin.rr.com'; 'bkazepis@yahoo.com'; 'e.m.erdmann@gmail.com'; 'jw_wallis@yahoo.com';
'questofthetribe@yahoo.com'; 'mbailin510@gmail.com'; 'benw@austin.rr.com';
'lsandbach43@yahoo.com'; 'Ira@YatesConservation.com'; 'pmiller@capitalnephrology.com';
'ddcarter@carterdesign.net'; 'gagarin@austin.utexas.edu'; 'mattsellsaustin@gmail.com';
'rosenbkm02@aol.com'; 'jason@hpwestx.com'; 'jgallinghouse@austin.rr.com';
"dbarlow@dbautomation.com'; "'TAdams@common-resources.com'; 'brian.j.jordan@gmail.com';
'Ira@YatesConservation.com'; 'Nigel.Upton@syzswissadvisors.com'; 'sjturro@yahoo.com';
'kkunda9@aol.com'; 'wschramme@SowellCo.com'; 'zwassmuth@utexas.edu'; 'stuart@tae.com';
'orrokcp@zintech.org'; 'bigrock@zintech.org'; 'bigrock@zintech.org'; 'stefmoss01@gmail.com';
'glamanna@ecologix-solutions.com'; 'JBowden@hanoverco.com'; 'botswana_banana@yahoo.com';
'jwsabo@mac.com'; 'sjturro@yahoo.com'; 'robobrien21@gmail.com'; 'atrialfibrillation@gmail.com';
'rcanby@aol.com'; 'dave@DMTX.com'; 'texas2e@gmail.com'; 'raviganeshappa@gmail.com';

'mdavis@austin.rr.com'; 'rengelhardt@mation.com'; 'kfmk@me.com'; 'burke@burkecompany.net'; 'sgarner@stronglaw.com'; 'jack@usam.net'; 'mhatch@reagan.com'; 'robobrien21@gmail.com'; 'mojera@aol.com'; 'Jean Rabin' <mojera29@yahoo.com>; 'orrokcp@zintech.org'; 'Stephen Ferguson' <sfergusonaustin@gmail.com>; 'texas2e@gmail.com'; 'Zachary D Wassmuth' <zwassmuth@utexas.edu>; 'kirk8877@yahoo.com'; 'robyn lowe' <robyns_adventure@yahoo.com>; 'hgagneja@yahoo.com'; 'Sutherland" <gmsuther@swbell.net>; 'akhein@me.com'; 'calistfriedman@gmail.com'; 'eliprintz@gmail.com'; 'Glenda.Flanagan@wholefoods.com'; 'Jim.Schneider@Horizonbanktexas.com'; 'kevin@kbrollins.com'; 'dart523@aol.com'; 'haraszti.sandor@gmail.com'; 'bpatten@intellimark.com'; 'Alan J. Helene' <ajhelene@gmail.com>; 'richard@prime3labs.com'; 'Edwards, David' <de@edgegroup.com>; 'akhein@me.com'; 'bu131@swbell.net'; 'aboyd711@mac.com'; 'ashshah222@gmail.com'; 'eric@monkey.com'; 'Ben.Habig@t-online.de'; 'benjaminh@ranieripartners.com'; 'bfci-consulting@gmx.de'; 'bdammert@gmail.com'; 'joshuabaer@capitalfactory.com'; 'cvenka02@yahoo.com'; 'chuston@dmtechlaw.com'; 'ccmrry@gmail.com'; 'carsten.mosch@me.com'; 'sparks41@gmail.com'; 'jeh@gmx.com'; 'philipp.zenz@web.de'; 'eliprintz@gmail.com'; 'bosherow@enhancedcapital.com'; 'jglick@enhancedcapital.com'; 'bosherow@enhancedcapital.com'; 'jglick@enhancedcapital.com'; 'eric@monkey.com'; 'erik.nagel@me.com'; 'scott@evsmetal.com'; 'm.a.huth@snb-law.de'; 'ro@daylightpartners.com'; 'glelandc@aol.com'; 'Glenda.Flanagan@wholefoods.com'; 'greimg@aol.com'; 'omar@hammersmithventures.com'; 'kbi@kenguru.com'; 'jphand58@gmail.com'; 'Jim.Schneider@Horizonbanktexas.com'; 'williamsjj@sbcglobal.net'; 'ibappmd@aol.com'; 'williamsjj@sbcglobal.net'; 'kevin@kbrollins.com'; 'klittle826@gmail.com'; 'rknorr@cogentrs.com'; 'kron.invest@gmail.com'; 'lilyschu@gmail.com'; 'uffi31@yahoo.com'; 'michaelm@mcsweeneyholdings.com'; 'dart523@aol.com'; 'nchristie@pangeasedge.com'; 'pantx51@gmail.com'; 'fakers@pflugervilletx.gov'; 'rc@ceera.com'; 'rlhunter58@yahoo.com'; 'terry@daylightpartners.com'; 'rmacdonald1947@gmail.com'; 'haraszti.sandor@gmail.com'; 'sidharthanair@yahoo.com'; 'str@rothenberger-4XS.com'; 'tracey.peterson@usdoj.gov'; 'valwiseman@email.toast.net'; 'vishrak@gmail.com'; 'bill@daylightpartners.com'; 'Lois Ballen' <loballen1@gmail.com>; 'indravijay@gmail.com'; 'Manish Nandani' <manishna@yahoo.com>; 'arvind@unigain.net'; 'Brandon' <tibb11@yahoo.com>; 'Stuart T. Valentine' <svalentine@fwg.com>; 'Mary Grigsby' <mkgrigsby02@gmail.com>; 'Craig Yack Insurance Agency' <cyack@dc.rr.com>; "John J. Kane' (jkane@krcl.com)'; 'Farro" <john.j.farro@AndersenTax.com>; 'Brian Lewis' <yogimenla@gmail.com>; 'peggy@luhring.com'; 'Tara Barnes' <TBarnes@capitalcommercial.com>; 'Stuart T. Valentine' <svalentine@fwg.com>; 'jasonhelfand@gmail.com'; 'AHale@FrenchOilTX.com'; 'briandonohoe@me.com'; 'timmtondorf@yahoo.de'; 'jameshayarthur@gmail.com'; Jyoti.Gupta@ttstc.texas.gov; a.ruelas@latinworks.com; valwiseman1955@gmail.com; tpoole@tnp-llc.com; 20tech13@gmail.com; szoern@gmail.com; glamanna@ecologix-solutions.com

### KLD Employee With Wage Claims Email Distribution List - **UPDATED**

Ray.Caamano@kldenergy.com;

Michael.Lee@kldenergy.com;

Mike.lee@islandparklabs.com

cokonsky@gmail.com

markwabschall@aol.com

David.Baker@kldenergy.com

Dan.Bell@kldenergy.com

David.Collier@kldenergy.com

Jason.Helfand@kldenergy.com

Weitao.Li@kldenergy.com

Jaye.List@kldenergy.com

Nicolas.Avlas@kldenergy.com

Jerry.Brindle@kldenergy.com

David.Gallagher@kldenergy.com

Chrissy.Miller@kldenergy.com

Hector.Moya@kldenergy.com

Mark.Orteza@kldenergy.com

Alfred.Wan@kldenergy.com

Dcparker29@gmail.com

danacwhitaker@gmail.com

jdwhitaker1006@gmail.com