# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** TEXAS
### AUSTIN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KLD ENERGY TECHNOLOGIES, INC. | § | Case No. 16-10345 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RANDOLPH N. OSHEROW, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 54,677,279.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 56,667.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 2,351,237.67 | |

3) Total gross receipts of $ 2,407,904.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,407,904.67 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 6,505,575.50 | $ 56,667.00 | $ 56,667.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,308,765.21 | 1,308,765.21 | 1,308,765.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 4,764,600.92 | 3,447,215.67 | 1,042,472.46 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 141,838.84 | 141,838.84 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 21,747,708.65 | 16,631,687.13 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 34,468,489.12 | $ 21,586,173.85 | $ 2,407,904.67 |

4) This case was originally filed under chapter 11 on  03/25/2016 , and it was converted to chapter 7 on  04/10/2018 .  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/05/2020                          By:/s/RANDOLPH N. OSHEROW
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Frost Bank checking ending in 7931 | 1129-000 | 127,752.49 |
| Frost Bank deposit ending in 7239 | 1129-000 | 384.00 |
| Chase Bank deposit ending in 0795 | 1129-000 | 6,518.18 |
| KLD Energy Nano-Grid Systems | 1129-000 | 10,000.00 |
| COMPROMISE AND SETTLEMENT GREEN RAY TECH | 1249-000 | 6,500.00 |
| COMPROMISE AND SETTLEMENT GCS TECHNOLOGIES | 1249-000 | 3,500.00 |
| COMPROMISE AND SETTLEMENT | 1249-000 | 3,250.00 |
| Claims against former directors and officers etc | 1249-000 | 2,250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,407,904.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000191 | FIRST KINGDOM INVESTMENT GROUP, L.P | 4210-000 | NA | 30,000.00 | 0.00 | 0.00 |
| | GREEN RAY TECHNOLOGIES, INC. | 4210-000 | NA | 16,667.00 | 16,667.00 | 16,667.00 |
| 000090 | JAMES R. STEELE | 4210-000 | NA | 2,142,260.00 | 0.00 | 0.00 |
| 000195A | JOHN CONSTANTINE | 4210-000 | NA | 576,497.95 | 0.00 | 0.00 |
| 000176 | KLD ENERGY TECHNOLOGIES, INC. | 4210-000 | NA | 610,000.00 | 0.00 | 0.00 |
| 000177 | KLD ENERGY TECHNOLOGIES, INC. | 4210-000 | NA | 50,000.00 | 0.00 | 0.00 |
| 000178 | KLD ENERGY TECHNOLOGIES, INC. | 4210-000 | NA | 50,000.00 | 0.00 | 0.00 |
| | KLN MOTORS, LLC | 4210-000 | NA | 40,000.00 | 40,000.00 | 40,000.00 |
| 000066 | LAURIE H BURKE | 4210-000 | NA | 67,900.00 | 0.00 | 0.00 |
| 000065 | LAURIE H BURKE REVOCABLE TRUST DATE | 4210-000 | NA | 27,564.00 | 0.00 | 0.00 |
| 000193A | MARK E. ADAMS | 4210-000 | NA | 1,789,753.44 | 0.00 | 0.00 |
| 000094 | MICHAEL L. DAVIS | 4210-000 | NA | 73,280.82 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000095 | MICHAEL L. DAVIS | 4210-000 | NA | 103,406.25 | 0.00 | 0.00 |
| 000096 | MICHAEL L. DAVIS | 4210-000 | NA | 63,444.44 | 0.00 | 0.00 |
| 000097 | MICHAEL L. DAVIS | 4210-000 | NA | 26,658.33 | 0.00 | 0.00 |
| 000091 | MLDKLD INVESTMENTS, LLC | 4210-000 | NA | 14,638.89 | 0.00 | 0.00 |
| 000140A | PAUL BALMUTH | 4210-000 | NA | 39,423.00 | 0.00 | 0.00 |
| 000092 | RETTUNG CAPITAL PARTNERS, INC. | 4210-000 | NA | 29,164.38 | 0.00 | 0.00 |
| 000093 | STEELE ENTERPRISES | 4210-000 | NA | 649,917.00 | 0.00 | 0.00 |
| 000124 | STEPHEN W. REESING | 4210-000 | NA | 105,000.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 6,505,575.50 | $ 56,667.00 | $ 56,667.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RANDOLPH N. OSHEROW | 2100-000 | NA | 95,487.14 | 95,487.14 | 95,487.14 |
| TRUSTEE EXPENSES:RANDOLPH N. OSHEROW | 2200-000 | NA | 6,400.59 | 6,400.59 | 6,400.59 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 30.50 | 30.50 | 30.50 |
| BOK FINANCIAL | 2600-000 | NA | 1,587.83 | 1,587.83 | 1,587.83 |
| ASAP MOVING CO. | 2690-000 | NA | 370.00 | 370.00 | 370.00 |
| DIGITAL DISCOVERY | 2690-000 | NA | 14,558.35 | 14,558.35 | 14,558.35 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 2,600.00 | 2,600.00 | 2,600.00 |
| ADAMS DIP FINANCE GROUP, LLC | 2990-000 | NA | 80,000.00 | 80,000.00 | 80,000.00 |
| LEXITAS | 2990-000 | NA | 2,087.37 | 2,087.37 | 2,087.37 |
| STATE OF CALIFORNIA | 2990-000 | NA | 2,471.65 | 2,471.65 | 2,471.65 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):BARRETT DAFFIN FRAPPIER TURNER | 3210-000 | NA | 198,100.00 | 198,100.00 | 198,100.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):REID COLLINS & TSAI, LLP | 3210-600 | NA | 900,000.00 | 900,000.00 | 900,000.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):REID COLLINS & TSAI, LLP | 3220-610 | NA | 3,071.78 | 3,071.78 | 3,071.78 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):JANET RAKOWITZ | 3410-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,308,765.21 | $ 1,308,765.21 | $ 1,308,765.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HUSCH BLACKWELL | 6210-000 | NA | 494,925.05 | 0.00 | 0.00 |
| HUSCH BLACKWELL LLP | 6210-160 | NA | 767,049.82 | 0.00 | 0.00 |
| HUSCH BLACKWELL, LLP | 6210-160 | NA | 494,925.05 | 494,925.05 | 494,925.05 |
| HUSCH BLACKWELL LLP | 6220-170 | NA | 55,410.38 | 0.00 | 0.00 |
| ADAMS DIP GROUP FINANCING, LLC | 6910-000 | NA | 2,924,608.29 | 2,924,608.29 | 519,865.08 |
| FRATELLI INVESTMENTS LLC | 6910-000 | NA | 27,682.33 | 27,682.33 | 27,682.33 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 4,764,600.92 | $ 3,447,215.67 | $ 1,042,472.46 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000072A | BRIAN DONOHOE | 5300-000 | NA | 12,850.00 | 12,850.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | DANIEL VALLE | 5300-000 | NA | 1,711.72 | 1,711.72 | 0.00 |
| 000069 | DAVID COLLIER | 5300-000 | NA | 7,225.96 | 7,225.96 | 0.00 |
| 000025 | DAVID PARKER | 5300-000 | NA | 11,071.00 | 11,071.00 | 0.00 |
| 000089A | MARK LYNN WABSCHALL | 5300-000 | NA | 12,850.00 | 12,850.00 | 0.00 |
| 000077 | MARTIN COLOMBO | 5300-000 | NA | 3,280.95 | 3,280.95 | 0.00 |
| 000012A | MICHAEL PATRICK GAGLIARDI | 5300-000 | NA | 12,850.00 | 12,850.00 | 0.00 |
| 000001A | STACY ZOERN GOAD | 5300-000 | NA | 12,475.00 | 12,475.00 | 0.00 |
| 000100B | DALE MCPHERSON / BROOKS HOLLOW | 5600-000 | NA | 2,850.00 | 2,850.00 | 0.00 |
| 000121 | DEPT OF TAX & COLLECTION | 5800-000 | NA | 5,460.67 | 5,460.67 | 0.00 |
| 000015B | FRANCHISE TAX BOARD | 5800-000 | NA | 22.98 | 22.98 | 0.00 |
| 000099 | TRAVIS COUNTY | 5800-000 | NA | 59,190.56 | 59,190.56 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 141,838.84 | $ 141,838.84 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000127 | 16305B VINEYARD BLVD. | 7100-000 | NA | 19,626.00 | 19,626.00 | 0.00 |
| 000009 | A&J MACHINING | 7100-000 | NA | 19,626.00 | 19,626.00 | 0.00 |
| 000171 | ALEJANDRO PRUITT | 7100-000 | NA | 166,166.00 | 166,166.00 | 0.00 |
| 000163 | ALLIED ELECTRONICS INC | 7100-000 | NA | 1,332.30 | 1,332.30 | 0.00 |
| 000123 | AMERICAN ALTERNATIVE INSURANCE CORP | 7100-000 | NA | 14,866.26 | 14,866.26 | 0.00 |
| 000144 | ANTHONY M. MASARYK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000067 | AT&T CORP | 7100-000 | NA | 1,745.21 | 1,745.21 | 0.00 |
| 000179 | AUSTIN 9 INVESMENTS, LLC (TEXAS) | 7100-000 | NA | 350,000.00 | 350,000.00 | 0.00 |
| 000044 | AUSTIN KIDNEY ASSOCIATES 401(K) PS | 7100-000 | NA | 231,260.42 | 231,260.42 | 0.00 |
| 000150 | AUSTIN KIDNEY ASSOCIATES 401(K) PS | 7100-000 | NA | 45,000.00 | 45,000.00 | 0.00 |
| 000113 | BALA SUNDARARAJAN | 7100-000 | NA | 12,874.90 | 12,874.90 | 0.00 |
| 000054 | BENEFIT SYSTEMS, INC. | 7100-000 | NA | 635.00 | 635.00 | 0.00 |
| 000058 | BENJAMIN J. WILLIAMS | 7100-000 | NA | 311,257.63 | 311,257.63 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000142 | BERNARD PENNEY | 7100-000 | NA | 300,000.00 | 300,000.00 | 0.00 |
| 000068 | BLUE RIVER GLOBAL, LLC | 7100-000 | NA | 6,542.59 | 6,542.59 | 0.00 |
| 000018 | BRIAN DONOHOE | 7100-000 | NA | 137,719.00 | 0.00 | 0.00 |
| 000072B | BRIAN DONOHOE | 7100-000 | NA | 133,910.00 | 121,060.00 | 0.00 |
| 000098 | CAROL BARRY | 7100-000 | NA | 438,000.00 | 0.00 | 0.00 |
| 000119 | CEVA LOGISTICS | 7100-000 | NA | 553.21 | 553.21 | 0.00 |
| 000085 | CHRISTIAN OKONSKY | 7100-000 | NA | 159,360.00 | 0.00 | 0.00 |
| 000120 | CINTAS CORPORATION NO. 2, LOCATION | 7100-000 | NA | 17,121.60 | 17,121.60 | 0.00 |
| 000024 | CIT FINANCE, LLC | 7100-000 | NA | 43,966.19 | 43,966.19 | 0.00 |
| 000114 | CITY OF AUSTIN | 7100-000 | NA | 8,953.40 | 8,953.40 | 0.00 |
| 000043 | COMMERCE BANK | 7100-000 | NA | 797.92 | 797.92 | 0.00 |
| 000115 | CORPORATE CREATIONS INTERNATIONAL I | 7100-000 | NA | 377.00 | 377.00 | 0.00 |
| 000111 | CORPORATE UNICORN LIMITED | 7100-000 | NA | 11,160.50 | 11,160.50 | 0.00 |
| 000010 | CRAWFORD ELECTRIC SUPPLY COMPANY | 7100-000 | NA | 5,835.63 | 5,835.63 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000100A | DALE MCPHERSON / BROOKS HOLLOW | 7100-000 | NA | 117,500.00 | 114,650.00 | 0.00 |
| 000059 | DAVID BAKER | 7100-000 | NA | 6,743.46 | 6,743.46 | 0.00 |
| 000182 | DAVID MURRAY | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | DELL FINANCIAL SERVICES L.L.C. | 7100-000 | NA | 112,660.62 | 110,660.62 | 0.00 |
| 000011 | DELL FINANCIAL SERVICES, LLC | 7100-000 | NA | 52,255.81 | 52,255.81 | 0.00 |
| 000169 | DONNA DEAN CARTER AND MICHAEL GAGAR | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| 000148 | DOUGLAS L. HILLARY | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 000102 | DRISDALE SANDLIN PLLC | 7100-000 | NA | 168,668.50 | 168,668.50 | 0.00 |
| 000189 | DRISDALE SANDLIN, PLLC (NKA SANDLIN | 7100-000 | NA | 168,668.50 | 168,668.50 | 0.00 |
| 000146 | DUBOIS, BRYANT & CAMPBELL, LLP | 7100-000 | NA | 118,342.88 | 118,342.88 | 0.00 |
| 000070 | EATON CORPORATION | 7100-000 | NA | 5,412.67 | 5,412.67 | 0.00 |
| 000082 | EDWIN D CABLE FAMILY LP | 7100-000 | NA | 102,050.00 | 102,050.00 | 0.00 |
| 000079 | ELECTRIC DRIVE BVBA | 7100-000 | NA | 17,597.00 | 17,597.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000139 | ELI PRINTZ | 7100-000 | NA | 30,000.00 | 30,000.00 | 0.00 |
| 000057 | ENVERRA CAPITAL LLC | 7100-000 | NA | 10,930.05 | 10,930.05 | 0.00 |
| 000038 | FEDEX TECHCONNECT, INC. | 7100-000 | NA | 7,981.20 | 7,981.20 | 0.00 |
| 000006 | FINANCIAL VALUATION SERVICES LC | 7100-000 | NA | 10,065.00 | 10,065.00 | 0.00 |
| 000027 | FISH & RICHARDSON PC | 7100-000 | NA | 178,209.41 | 178,209.41 | 0.00 |
| 000015A | FRANCHISE TAX BOARD | 7100-000 | NA | 44.53 | 44.53 | 0.00 |
| 000186 | FRATELLI INVESTMENTS, LLC | 7100-000 | NA | 103,319.00 | 103,319.00 | 0.00 |
| 000105 | FROST BANK | 7100-000 | NA | 976,900.83 | 976,900.83 | 0.00 |
| 000135 | FULLER PRODUCTION INC. | 7100-000 | NA | 250,000.00 | 250,000.00 | 0.00 |
| 000145 | GERALD S. LINDENMUTH TRUSTEE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000158 | GMASS INVESTMENTS, LP (JERRY SUTHER | 7100-000 | NA | 111,022.00 | 111,022.00 | 0.00 |
| 000083 | GUNNERCOOKE LLP | 7100-000 | NA | 19,500.00 | 19,500.00 | 0.00 |
| 000152 | H. LAWRENCE AMBERG | 7100-000 | NA | 155,000.00 | 155,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000153 | HAROLD L. SHULTS JR. | 7100-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| 000164 | HILL COUNTRY ENGINEERING, PLLC | 7100-000 | NA | 1,238.00 | 1,238.00 | 0.00 |
| 000160 | IRA SERVICES TRUST COMPANY CFBO MAR | 7100-000 | NA | 170,000.00 | 170,000.00 | 0.00 |
| 000192 | IRA SERVICES TRUST COMPANY CFBO MIC | 7100-000 | NA | 75,000.00 | 75,000.00 | 0.00 |
| 000109 | J. CHARLES FARMER | 7100-000 | NA | 156,250.00 | 156,250.00 | 0.00 |
| 000187 | JACK WESLEY WALLIS | 7100-000 | NA | 540,342.00 | 540,342.00 | 0.00 |
| 000162 | JAMES O SCHNELL | 7100-000 | NA | 182,223.00 | 182,223.00 | 0.00 |
| 000133 | JAMES R. HOGAN AND DOWLA HOGAN | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 000143 | JARED SLOSBERG | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000075 | JASON HELFAND | 7100-000 | NA | 10,837.00 | 10,837.00 | 0.00 |
| 000104 | JEFF GRECO | 7100-000 | NA | 214,808.00 | 214,808.00 | 0.00 |
| 000022 | JEREMY GREEN | 7100-000 | NA | 1,462.00 | 1,462.00 | 0.00 |
| 000118 | JIM PETE HALE | 7100-000 | NA | 575,555.52 | 575,555.52 | 0.00 |
| 000170 | JOEL DE LA GARZA | 7100-000 | NA | 94,500.00 | 94,500.00 | 0.00 |
| 000195B | JOHN CONSTANTINE | 7100-000 | NA | 125,817.33 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000174 | JOHN FARRO | 7100-000 | NA | 33,750.00 | 33,750.00 | 0.00 |
| 000197 | JOHN FINDLEY | 7100-000 | NA | 618,620.77 | 618,620.77 | 0.00 |
| 000156 | JOHN SCOTT & KARON SCHRANK SIMPSON | 7100-000 | NA | 175,000.00 | 25,000.00 | 0.00 |
| 000141 | JOHN WILLIAM MCPHAUL | 7100-000 | NA | 250,000.00 | 250,000.00 | 0.00 |
| 000081 | JORDAN HOGAN | 7100-000 | NA | 6,850.24 | 6,850.24 | 0.00 |
| 000125 | JOSEPH SCHNEIDER | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 000056 | KASPAR MANUFACTURING | 7100-000 | NA | 2,227.43 | 2,227.43 | 0.00 |
| 000168 | KENNETH FIELDING MOREHEAD | 7100-000 | NA | 425,000.00 | 425,000.00 | 0.00 |
| 000167 | KEVIN MCMAHON | 7100-000 | NA | 20,000.00 | 20,000.00 | 0.00 |
| 000137 | KIRK RODEN AND LINDA RODEN | 7100-000 | NA | 248,000.00 | 248,000.00 | 0.00 |
| 000175 | KLD ENERGY TECHNOLOGIES, INC. | 7100-000 | NA | 1,486.93 | 1,486.93 | 0.00 |
| 000013 | KLN MOTORS LLC | 7100-000 | NA | 2,575,030.18 | 3,444,941.04 | 0.00 |
| 000028 | KLN MOTORS LLC | 7100-000 | NA | 195,361.46 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000029 | KLN MOTORS LLC | 7100-000 | NA | 2,488.84 | 0.00 | 0.00 |
| 000031 | KLN MOTORS LLC | 7100-000 | NA | 76,801.82 | 0.00 | 0.00 |
| 000032 | KLN MOTORS LLC | 7100-000 | NA | 63,330.15 | 0.00 | 0.00 |
| 000034 | KLN MOTORS LLC | 7100-000 | NA | 98,467.35 | 0.00 | 0.00 |
| 000035 | KLN MOTORS LLC | 7100-000 | NA | 98,467.35 | 0.00 | 0.00 |
| 000036 | KLN MOTORS LLC | 7100-000 | NA | 397,215.80 | 0.00 | 0.00 |
| 000037 | KLN MOTORS LLC | 7100-000 | NA | 493,759.08 | 0.00 | 0.00 |
| 000039 | KLN MOTORS LLC | 7100-000 | NA | 319,432.70 | 0.00 | 0.00 |
| 000040 | KLN MOTORS LLC | 7100-000 | NA | 1,398.38 | 0.00 | 0.00 |
| 000041 | KLN MOTORS LLC | 7100-000 | NA | 2,264.73 | 0.00 | 0.00 |
| 000042 | KLN MOTORS LLC | 7100-000 | NA | 210,576.03 | 0.00 | 0.00 |
| 000047 | KLN MOTORS LLC | 7100-000 | NA | 467,516.66 | 0.00 | 0.00 |
| 000049 | KLN MOTORS LLC | 7100-000 | NA | 63,980.36 | 0.00 | 0.00 |
| 000051 | KLN MOTORS LLC | 7100-000 | NA | 7,660.53 | 0.00 | 0.00 |
| 000055 | KLN MOTORS LLC | 7100-000 | NA | 291,662.23 | 0.00 | 0.00 |
| 000076 | KLN MOTORS LLC | 7100-000 | NA | 137,148.89 | 0.00 | 0.00 |
| 000101 | KLN MOTORS LLC | 7100-000 | NA | 1,741,378.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000126 | KO CHANG, LP (SCOTT LAWSON) | 7100-000 | NA | 616,367.00 | 616,367.00 | 0.00 |
| 000023 | LEAF CAPITAL FUNDING, LLC | 7100-000 | NA | 3,050.12 | 3,050.12 | 0.00 |
| 000103 | LIBERTY TRUST COMPANY, LTD., CUSTOD | 7100-000 | NA | 182,458.36 | 182,458.36 | 0.00 |
| 000110 | LIMPINBEAR FAMILY PARTNERSHIP, LTD. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000180 | MANISH K PATEL | 7100-000 | NA | 30,000.00 | 30,000.00 | 0.00 |
| 000136 | MARCIA FULLER FRENCH | 7100-000 | NA | 235,850.00 | 235,850.00 | 0.00 |
| 000193B | MARK E ADAMS | 7100-000 | NA | 60,764.00 | 0.00 | 0.00 |
| 000089B | MARK WABSCHALL | 7100-000 | NA | 83,990.63 | 83,990.63 | 0.00 |
| 000134 | MARY EVELYN DEMENT REVOCABLE TRUST | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| 000188 | MARY SUSAN WALLIS TRUST 2003 | 7100-000 | NA | 200,000.00 | 200,000.00 | 0.00 |
| 000046 | MATTHEW STEPHEN NADER | 7100-000 | NA | 98,787.50 | 98,787.50 | 0.00 |
| 000004 | MCMASTER-CARR SUPPLY CO | 7100-000 | NA | 3,809.80 | 3,809.80 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | MEJ & ASSOCIATES | 7100-000 | NA | 16,000.00 | 16,000.00 | 0.00 |
| 000199 | MICHAEL KLONNE | 7100-000 | NA | 35,524.59 | 35,524.59 | 0.00 |
| 000012B | MICHAEL PATRICK GAGLIARDI | 7100-000 | NA | 64,770.00 | 64,770.00 | 0.00 |
| 000048 | MICHAEL R. MACARI | 7100-000 | NA | 27,498.63 | 27,498.63 | 0.00 |
| 000017 | MILLENNIUM TRUST COMPANY, LLC CUSTO | 7100-000 | NA | 56,892.39 | 56,892.39 | 0.00 |
| 000157 | MK3SD, LTD | 7100-000 | NA | 140,000.00 | 140,000.00 | 0.00 |
| 000194 | MOKUTI HERBS LLC | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 000030 | MORENO ENERGY INC. (FOX BENTON) | 7100-000 | NA | 4,977.69 | 4,977.69 | 0.00 |
| 000061 | NAHA HOLDINGS | 7100-000 | NA | 278,125.00 | 278,125.00 | 0.00 |
| 000007 | NEC FINANCIAL SERVICES | 7100-000 | NA | 2,894.85 | 2,894.85 | 0.00 |
| 000129 | NED SNYDER IV | 7100-000 | NA | 75,000.00 | 0.00 | 0.00 |
| 000161 | NED SNYDER IV | 7100-000 | NA | 76,556.00 | 76,556.00 | 0.00 |
| 000014 | OFFICE TEAM | 7100-000 | NA | 12,885.12 | 12,885.12 | 0.00 |
| 000087 | P3 NORTH AMERICA, INC. | 7100-000 | NA | 190,806.80 | 190,806.80 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000053 | PACIFIC GAS & ELECTRIC COMPANY | 7100-000 | NA | 3,788.58 | 0.00 | 0.00 |
| 000138 | PACIFIC GAS & ELECTRIC COMPANY | 7100-000 | NA | 3,788.38 | 3,788.38 | 0.00 |
| 000140B | PAUL BALMUTH | 7100-000 | NA | 24,750.00 | 24,750.00 | 0.00 |
| 000045 | PAUL NADER | 7100-000 | NA | 148,315.89 | 148,315.89 | 0.00 |
| 000108 | PEOPLE FUND, INC. | 7100-000 | NA | 37,623.11 | 0.00 | 0.00 |
| 000149 | PEOPLE FUND, INC. | 7100-000 | NA | 37,794.54 | 37,794.54 | 0.00 |
| 000112 | PINNACLE CENTRAL AUSTIN INVESTMENTS | 7100-000 | NA | 12,000.00 | 12,000.00 | 0.00 |
| 000147 | PIRKEY BARBER PLLC | 7100-000 | NA | 752.00 | 752.00 | 0.00 |
| 000078 | PROFESSIONAL TESTING (EMI), INC | 7100-000 | NA | 1,160.00 | 1,160.00 | 0.00 |
| 000019 | R. RADDIL/MWR LEGAL | 7100-000 | NA | 1,486.93 | 1,486.93 | 0.00 |
| 000107 | RAM FAMILY INVESTMENTS, LP | 7100-000 | NA | 117,138.88 | 117,138.88 | 0.00 |
| 000003 | RANDSTAD NORTH AMERICA, INC | 7100-000 | NA | 4,915.70 | 4,915.70 | 0.00 |
| 000155 | RAS REDWINE | 7100-000 | NA | 42,500.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000130 | REBECCA LYN SHELTON AND RAYMOND H. | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 000060 | RECOLOGY SOUTH VALLEY | 7100-000 | NA | 1,245.08 | 1,245.08 | 0.00 |
| 000128 | RECOLOGY SOUTH VALLEY | 7100-000 | NA | 829.70 | 829.70 | 0.00 |
| 000181 | RICHARD C GRIDLEY | 7100-000 | NA | 10,595.00 | 10,595.00 | 0.00 |
| 000086 | RICHARD J. FITTS | 7100-000 | NA | 32,500.00 | 32,500.00 | 0.00 |
| 000071 | RICHARD L. HUNTER, JR. | 7100-000 | NA | 68,750.00 | 0.00 | 0.00 |
| 000073 | RICHARD L. HUNTER, JR. | 7100-000 | NA | 20,000.00 | 20,000.00 | 0.00 |
| 000185 | ROBERT JOSEYT2L INVESTMENTS | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| 000063 | ROBERT O'BRIEN | 7100-000 | NA | 20,000.00 | 20,000.00 | 0.00 |
| 000088 | ROBYN LOWE | 7100-000 | NA | 22,500.00 | 22,500.00 | 0.00 |
| 000074 | ROD MACDONALD | 7100-000 | NA | 15,000.00 | 15,000.00 | 0.00 |
| 000131 | ROTH STAFFING COMPANIES, L.P. | 7100-000 | NA | 2,091.95 | 2,091.95 | 0.00 |
| 000116 | SANDRO GRESPAN- RED ITALIA HOLDING | 7100-000 | NA | 96,283.00 | 96,283.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000165 | SEDONA PARTNERS I, LP | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| 000122 | SHRED-IT USA LLC | 7100-000 | NA | 59.30 | 59.30 | 0.00 |
| 000166 | SPARTAN AVENUE INVESTMENTS SERIES, | 7100-000 | NA | 80,000.00 | 80,000.00 | 0.00 |
| 000001B | STACY ZOERN GOAD | 7100-000 | NA | 333,892.48 | 333,892.48 | 0.00 |
| 000050 | STEPHEN W. REESING | 7100-000 | NA | 18,207.67 | 18,207.67 | 0.00 |
| 000016 | STEVE TURRO | 7100-000 | NA | 102,907.00 | 102,907.00 | 0.00 |
| 000132 | STEVEN M. ABBATE | 7100-000 | NA | 105,000.00 | 105,000.00 | 0.00 |
| 000052 | STRATUS BUILDING SOLUTIONS, INC. | 7100-000 | NA | 16,075.13 | 16,075.13 | 0.00 |
| 000080 | SURVIVAL SYSTEMS, INC. | 7100-000 | NA | 52,401.53 | 52,401.53 | 0.00 |
| 000117 | SUSAN CHRISTMAS | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 000173 | TAHIR MIAN | 7100-000 | NA | 74,225.30 | 74,225.30 | 0.00 |
| 000106 | TAYLOR DUNHAM AND RODRIGUEZ LLP | 7100-000 | NA | 5,501.52 | 5,501.52 | 0.00 |
| 000184 | TEJAS RISK, LLC | 7100-000 | NA | 150,000.00 | 150,000.00 | 0.00 |
| 000198 | THE MICHAEL A. KLONNE LIVING TRUST | 7100-000 | NA | 138,169.40 | 138,169.40 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000172 | THE SHARON SEIDL HATCH MARITAL TRUS | 7100-000 | NA | 11,304.11 | 11,304.11 | 0.00 |
| 000002 | TIMM TONDORF | 7100-000 | NA | 34,000.00 | 34,000.00 | 0.00 |
| 000196 | TOM ADAMS | 7100-000 | NA | 240,759.56 | 240,759.56 | 0.00 |
| 000026 | TRICOR SERVICES LIMITED | 7100-000 | NA | 3,592.00 | 3,592.00 | 0.00 |
| 000084 | VENTURE CONNECTIONS / G. DEVLIN (3 | 7100-000 | NA | 142,796.00 | 142,796.00 | 0.00 |
| 000064 | VERITY NATIONAL GROUP, INC. | 7100-000 | NA | 25,500.00 | 25,500.00 | 0.00 |
| 000005 | W W GRAINGER, INC. | 7100-000 | NA | 982.67 | 982.67 | 0.00 |
| 000154 | WILLIAM J. MADDUX | 7100-000 | NA | 75,000.00 | 75,000.00 | 0.00 |
| 000151 | YNAUX HOLDINGS LTD (PETER MILLER) | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| 000033 | ZONE24X7, INC. | 7100-000 | NA | 45,050.78 | 45,050.78 | 0.00 |
| 000200 | ATINDERPAL PANESAR | 7200-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| 000062 | KEVIN STOLLE | 7400-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 21,747,708.65 | $ 16,631,687.13 | $ 0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 16-10345    HCM    Judge: H. Christopher Mott-Austin | Trustee Name:  RANDOLPH N. OSHEROW |
| Case Name: | KLD ENERGY TECHNOLOGIES, INC. | Date Filed (f) or Converted (c):  04/10/18 (c) |
| | | 341(a) Meeting Date:  06/01/18 |
| For Period Ending: 03/05/20 | | Claims Bar Date:  10/25/18 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Adm (FA)/ Gross Value of Remain Assets | Lien Amount | Exempt Amount |
| 1. Frost Bank checking ending in 7931 | 53,127.00 | 53,127.00 | | 127,752.49 | FA | 0.00 | 0.00 |
| 2. Frost Bank payroll checking ending 3222 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Frost Bank deposit ending in 7239 | 384.00 | 384.00 | | 384.00 | FA | 0.00 | 0.00 |
| 4. Chase Bank deposit ending in 0795 | 6,708.00 | 6,708.00 | | 6,518.18 | FA | 0.00 | 0.00 |
| 5. Austin GAAP, Inc. Deposit | 32,581.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Morgan Hill Vannal Properties Deposit | 20,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Other deposit | 8,416.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. USI Insurance-prepaid ins | 49,681.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. USI Insurance-Prepaid Miscellaneous Expenses | 15,974.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Accts receivable | 33,683.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. KLD Energy Nano-Grid Systems | 8,000.00 | 8,000.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 12. Raw materials | 706,854.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13. Work in progress | 33,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 14. Finished goods, including goods held for resale | 218,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 15. Other inventory and supplies | 111,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. Office furniture | 15,115.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 17. Office equipment, etc. | 70,129.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 18. Ford Van California location | 821.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 19. Other machinery, fixtures, etc. | 68,226.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 20. KLD Intellectual Property | 25,773,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 21. Kenguru Acquisition (6/29/2915) | 8,067,048.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22. Note from Nick Anderson for past legal settlement | 14,600.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23. Tax refund, NOLS | 19,439,151.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 24. COMPROMISE AND SETTLEMENT GREEN RAY TECH (u) | 0.00 | 6,500.00 | | 6,500.00 | FA | 0.00 | 0.00 |
| 25. COMPROMISE AND SETTLEMENT GCS TECHNOLOGIES (u) | 0.00 | 3,500.00 | | 3,500.00 | FA | 0.00 | 0.00 |
| 26. COMPROMISE AND SETTLEMENT (u) | 0.00 | 3,250.00 | | 3,250.00 | FA | 0.00 | 0.00 |
| 27. Claims against former directors and officers etc (u) | 0.00 | 2,250,000.00 | | 2,250,000.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $54,745,498.00 | $2,331,469.00 | | $2,407,904.67 | $0.00 | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

lawsuit settled for 2.25M January 28, 2019, 11:58 am

Only asset state court lawsuit filed by special counsel adam swick; value unknown; December 20, 2018, 04:42 pm

PFORM1EX

Ver: 22.02c

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-10345    HCM    Judge: H. Christopher Mott-Austin | |
| Case Name: | KLD ENERGY TECHNOLOGIES, INC. | |

Trustee Name:   RANDOLPH N. OSHEROW
Date Filed (f) or Converted (c):   04/10/18 (c)
341(a) Meeting Date:   06/01/18
Claims Bar Date:   10/25/18

Pat Lowe filed claims deadline for 7/10/18.  Clerk filed amended notice and do not file claims.  RNO
filed a new claims deadline as per clerk's instructions of today 6/27/18.  New Deadline is Oct 25,
2018.

RE PROP# 7---there is a typo of 4,8416.00 on the value amt
RE PROP# 26---COMPROMISE OF CONTROVERSIES WITH HEMANT VANKAWALA AND KETAKI VANKAWALA.
RE PROP# 27---Contingent fee lawsuit; hired Reid, Collins & Tsai, LLP as special counsel ;, the
    current value of this litigation is 2.25M subject to court approval of mediated settlement

Initial Projected Date of Final Report (TFR): 12/31/20        Current Projected Date of Final Report (TFR): 12/31/20

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-10345 -HCM | Trustee Name: | RANDOLPH N. OSHEROW |
|---|---|---|---|
| Case Name: | KLD ENERGY TECHNOLOGIES, INC. | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | 1150503664 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 26-2561236 | | |
| For Period Ending: | 03/05/20 | Blanket Bond (per case limit): $ | 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  04/24/18 | | KLD TECHNOLOGIES FROST BANK ACCT. | FROST BANK ACCOUNT | 1129-000 | 128,136.49 | | 128,136.49 |
| 04/24/18 | 1 | Asset Sales Memo: | Frost Bank checking ending in 7931 $127,752.49 | | | | 128,136.49 |
| 04/24/18 | 3 | Asset Sales Memo: | Frost Bank deposit ending in 7239  $384.00 | | | | 128,136.49 |
| C  04/25/18 | 000101 | Green Ray Technologies, Inc. | PAYMENT PER ORDER #667, 04/25/18 | 4210-000 | | 16,667.00 | 111,469.49 |
| C  04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 29.79 | 111,439.70 |
| C  05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 165.63 | 111,274.07 |
| C  06/05/18 | 000102 | LEXITAS P. O. BOX 4227 HOUSTON, TX 77210-4227 | JOB NO. 362184 CASE NO. 16-10345 INVOICE NO. 487884  INVOICE DATE 5/29/2018 | 2990-000 | | 520.00 | 110,754.07 |
| C  06/25/18 | 000103 | ASAP MOVING CO. 3601 W. PARMER LN., SUITE 107 AUSTIN, TX 78727 | PAYMENT PER DOC. 723,  6/21/18 | 2690-000 | | 370.00 | 110,384.07 |
| C  06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 159.60 | 110,224.47 |
| C  07/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 164.00 | 110,060.47 |
| C  08/03/18 | 000104 | LEXITAS P. O. BOX 4227 HOUSTON, TX 77210-4227 | JOB NO. 36172 CASE NO. 16-10345-HCM INVOICE NO. 487949  TOTAL DUE: $1,567.37 | 2990-000 | | 1,567.37 | 108,493.10 |
| C  08/07/18 | | KLD ENERGY NANO-GRID | SALE OF COMMON STOCK HOLDINGS | 1129-000 | 10,000.00 | | 118,493.10 |
| 08/07/18 | 11 | Asset Sales Memo: | KLD Energy Nano-Grid Systems  $10,000.00 | | | | 118,493.10 |
| C  08/07/18 | | KLD CASHIER'S CHECK | FUNDS FROM KLD CASH | 1129-000 | 6,518.18 | | 125,011.28 |
| 08/07/18 | 4 | Asset Sales Memo: | Chase Bank deposit ending in 0795  $6,518.18 | | | | 125,011.28 |
| C  08/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 178.70 | 124,832.58 |
| C  09/12/18 | 000105 | KLN Motors, LLC | AMENDED ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSIES WITH KLN MOTORS LLC AND MYWAY GROUP CO., LTD. , DOC. 776, 09/15/18. | 4210-000 | | 40,000.00 | 84,832.58 |
| C  09/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 152.70 | 84,679.88 |
| C  10/04/18 | 000106 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | Bond # 016071777 Term: 10/01/18 to 10/01/19 | 2300-000 | | 30.50 | 84,649.38 |
| C  10/19/18 | | GREEN RAY TECHNOLOGIES, LLC | COMPROMISE AND SETTLEMENT | 1249-000 | 6,500.00 | | 91,149.38 |
| 10/19/18 | 24 | Asset Sales Memo: | COMPROMISE AND SETTLEMENT GREEN RAY TECH  $6,500.00 | | | | 91,149.38 |
| C  10/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 128.28 | 91,021.10 |
| C  11/08/18 | | GSC TECHNOLOGIES | COMPROMISE AND SETTLEMENT | 1249-000 | 3,500.00 | | 94,521.10 |
| 11/08/18 | 25 | Asset Sales Memo: | COMPROMISE AND SETTLEMENT GCS TECHNOLOGIES  $3,500.00 | | | | 94,521.10 |
| C  11/26/18 | | HEMANT H VANKAWALA KETAKI VANKAWALA | COMPROMISE AND SETTLEMENT | 1249-000 | 3,250.00 | | 97,771.10 |
| 11/26/18 | 26 | Asset Sales Memo: | COMPROMISE AND SETTLEMENT $3,250.00 | | | | 97,771.10 |
| C  11/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 134.95 | 97,636.15 |
| C  12/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 145.11 | 97,491.04 |

Page:  2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| | |
|---|---|
| Case No: | 16-10345  -HCM |
| Case Name: | KLD ENERGY TECHNOLOGIES, INC. |
| | |
| Taxpayer ID No: | 26-2561236 |
| For Period Ending: | 03/05/20 |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | 1150503664  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $        0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  01/02/19 | 000107 | DIGITAL DISCOVERY 8131 LBJ FREEWAY, SUITE 325 DALLAS, TX 75251 | Invoice #3716 Project #: 20180914-PRK | 2690-000 | | 10,301.42 | 87,189.62 |
| C  01/31/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 133.54 | 87,056.08 |
| C  02/18/19 | 000108 | DIGITAL DISCOVERY 8131 LBJ FREEWAY, STE. 325 DALLAS, TX 75251 | INVOICE #3740 INVOICE DATE: 11/30/2018 | 2690-000 | | 4,256.93 | 82,799.15 |
| C  02/28/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 116.25 | 82,682.90 |
| C  03/20/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 79.28 | 82,603.62 |
| Ct 03/22/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 82,603.62 | 0.00 |

```
*  Reversed
t  Funds Transfer
C  Bank Cleared
```

| Account | | | | | | |
|---|---|---|---|---|---|---|
| 1150503664 | | Balance Forward | 0.00 | | Checks | 73,713.22 |
| | 13 | Deposits | 157,904.67 | 8 | | |
| | 0 | Interest Postings | 0.00 | 12 | Adjustments Out | 1,587.83 |
| | | | | 1 | Transfers Out | 82,603.62 |
| | | Subtotal | $   157,904.67 | | | |
| | | | | | Total | $   157,904.67 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $   157,904.67 | | | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  3

Exhibit 9

| Case No: | 16-10345  -HCM | | Trustee Name: | | RANDOLPH N. OSHEROW |
| Case Name: | KLD ENERGY TECHNOLOGIES, INC. | | Bank Name: | | Axos Bank |
| | | | Account Number / CD #: | | 7632100000044  Checking Account |
| Taxpayer ID No: | 26-2561236 | | | | |
| For Period Ending: | 03/05/20 | | Blanket Bond (per case limit):  $ | | 0.00 |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| Ct 03/22/19 | | Trsf In From BOK FINANCIAL | FINAL TRANSFER | 9999-000 | 82,603.62 | | 82,603.62 |
| C  04/03/19 | | NATIONWIDE | COMPROMISE AND SETTLEMENT | 1249-000 | 2,250,000.00 | | 2,332,603.62 |
| 04/03/19 | 27 | Asset Sales Memo: | Claims against former directors and officers etc $2,250,000.00 | | | | 2,332,603.62 |
| C  04/11/19 | 002001 | REID COLLINS & TSAI, LLP 1301 S. CAPITAL OF TEXAS HWY. BUILDING C, SUITE 300 AUSTIN, TX 78746 | SPECIAL COUNSEL FEES: $900,000.00 PAYMENT PER DOC. #821, 3/28/19 | 3210-600 | | 900,000.00 | 1,432,603.62 |
| C  04/11/19 | 002002 | REID COLLINS & TSAI, LLP 1301 S. CAPITAL OF TEXAS HWY. BUILDING C, SUITE 300 AUSTIN, TX 78746 | SPECIAL COUNSEL EXPENSES: $3,071.78 PAYMENT PER DOC. #821, 03/28/19. | 3220-610 | | 3,071.78 | 1,429,531.84 |
| C  05/01/19 | 002003 | RANDOLPH N. OSHEROW 342 W. WOODLAWN, SUITE 100 SAN ANTONIO, TEXAS  78212-3314 | PAYMENT PER DOC. #829, 04/30/19. TRUSTEE COMMISSION: $50, 000.00 | 2100-000 | | 50,000.00 | 1,379,531.84 |
| C  06/05/19 | 002004 | United States Trustee 903 San Jacinto Blvd. Room 230 Austin, TX 78701 | CHAPTER 11 QUARTERLY FEES | 2950-000 | | 2,600.00 | 1,376,931.84 |
| C  06/05/19 | 002005 | HUSCH BLACKWELL, LLP 111 CONGRESS AVE., SUITE 1400 AUSTIN, TX 78701 | PAYMENT PER DOC. #842, 06/03/19 | 6210-160 | | 494,925.05 | 882,006.79 |
| C  08/31/19 | 002006 | RANDOLPH N. OSHEROW 342 W. WOODLAWN, SUITE 100 SAN ANTONIO, TEXAS  78212-3314 | PAYMENT PER DOC. #869, 08/30/19. | 2100-000 | | 19,027.00 | 862,979.79 |
| C  09/18/19 | 002007 | JANET RAKOWITZ 11024 MACAWAY, #2 ADKINS, TEXAS  78101 | DOC. 873, 09/17/19 | 3410-000 | | 2,000.00 | 860,979.79 |
| C  10/22/19 | 002008 | BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP 3809 JUNIPER TRACE, SUITE 205 AUSTIN, TX 78738 | PAYMENT PER DOC. 877, 10/17/19. ORDER GRANTING FINAL FEE APPLICATION OF BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP,FOR PAYMENT OF FEES AND EXPENSES. PERIOD OF 4/10/19 THRU 09/18/2019. | 3210-000 | | 198,100.00 | 662,879.79 |
| C  12/18/19 | 002009 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX  78212 | Chapter 7 Compensation/Fees | 2100-000 | | 26,460.14 | 636,419.65 |
| C  12/18/19 | 002010 | RANDOLPH N. OSHEROW 342 West Woodlawn, Suite 100 San Antonio, TX  78212 | Chapter 7 Expenses | 2200-000 | | 6,400.59 | 630,019.06 |
| C  12/18/19 | 002011 | Adams DIP Finance Group, LLC c/o Joseph Martinec 611 S. Congress Ave., Ste. 450 Austin, TX 78704-1771 | Claim 000190B, Payment 100.00000% (190-1) DIP Financing for KLD Energy Technologies, Inc. Chapter 11 | 2990-000 | | 80,000.00 | 550,019.06 |
| C  12/18/19 | 002012 | State of California Bankruptcy Section MS A340 Franchise Tax Board PO Box 2952 Sacramento CA 95812-2952 | Claim 000201, Payment 100.00000% | 2990-000 | | 2,471.65 | 547,547.41 |

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 16-10345  -HCM |
| Case Name: | KLD ENERGY TECHNOLOGIES, INC. |
| Taxpayer ID No: | 26-2561236 |
| For Period Ending: | 03/05/20 |

| | |
|---|---|
| Trustee Name: | RANDOLPH N. OSHEROW |
| Bank Name: | Axos Bank |
| Account Number / CD #: | 7632100000044  Checking Account |
| Blanket Bond (per case limit): | $      0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  12/18/19 | 002013 | Fratelli Investments LLC<br>c/oLaw Offices of Frank B. Lyon<br>Two Far West Plaza, Suite 170<br>3508 Far West Boulevard<br>Austin, TX 78731 | Trade Debt (Chapter 11) | 6910-000 | | 27,682.33 | 519,865.08 |
| C  12/18/19 | 002014 | ADAMS DIP GROUP FINANCING, LLC<br>C/O JOSEPH MARTINEC<br>611 S CONGRESS AVE. SUITE 450<br>AUSTIN, TX 78704-1771 | Claim 000190A, Payment 17.77555% | 6910-000 | | 519,865.08 | 0.00 |

```
*   Reversed
t   Funds Transfer
C   Bank Cleared
```

| Account | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 7632100000044 | 2 | Deposits | 2,250,000.00 | 14 | Checks | 2,332,603.62 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $   2,250,000.00 | | | |
| | | | | | Total | $   2,332,603.62 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 82,603.62 | | | |
| | | Total | $   2,332,603.62 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 15 | Deposits | 2,407,904.67 | 22 | Checks | 2,406,316.84 |
| | 0 | Interest Postings | 0.00 | 12 | Adjustments Out | 1,587.83 |
| | | | | 1 | Transfers Out | 82,603.62 |
| | | Subtotal | $   2,407,904.67 | | | |
| | | | | | Total | $   2,490,508.29 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 82,603.62 | | | |
| | | Total | $   2,490,508.29 | | Net Total Balance | $      0.00 |